| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

RANDAL WAYNE MAYS, §
   §
   Petitioner, §
   §
versus § No. 6:11-cv-135
   §
RICK THALER, Director, §
Texas Department of Criminal Justice, §
Correctional Institutions Division, §
   §
   Respondent. §

## ORDER STAYING EXECUTION

This matter comes before the Court on petitioner Randal Wayne Mays's ("Mays's") unopposed motion to stay his execution (document # 7), filed on May 20, 2011. The Court, having considered the circumstances alleged and authorities cited in the motion, and noting that it is unopposed, finds that it is well-taken and it will be granted.

IT IS THEREFORE ORDERED that Mays's execution, currently scheduled for August 23, 2011, is STAYED pending final resolution of his federal *habeas corpus* proceedings. The Clerk shall forward a copy of this order to the Warden of the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, and to the parties to this action.

SIGNED at Beaumont, Texas, this 2nd day of June, 2011.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE