# Exhibit C

## SMITH COUNTY SHERIFF DEPARTMENT
### JAIL DIVISON
## ADMINISTRATIVE SEGREGATION INSPECTION

**CELL: 307**

| INMATE NAME: | REASON FOR CELL ASSIGNMENT | |
|---|---|---|
| **MAYS, RANDALL** | [X] ADMINISTRATIVE | [ ] MEDICAL |
| IMPOSING AUTHORITY: | [ ] OWN PROTECTION | [ ] MENTAL |
| **SGT. FITE** | [ ] PROTECTION OF OTHERS | [ ] UNIVERSAL PRECAUTION |
| DATE IMPOSED: | DATE DUE OUT: | |
| **5/25/2007** | [ ] ASSAULTIVE | [ ] OTHER |
| SPECIAL INSTRUCTIONS: 15 MIN WATCH | [ ] ESCAPE RISK | |
| HANDCUFF-LEGIRON. TWO OFFICERS | | IN THE OFFICER BLOCK, THE INSPECTING OFFICER WILL PRINT THEIR LAST NAME. |
| PRESENT. NOTIFY SGT BEFORE HE | [ ] DISCIPLINARY | ALL ENTRIES WILL BE PRINTED |
| LEAVES CELL FOR ANY REASON. | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| DATE: 8-25 | 8-25 | 8-26 | 8-26 | 8-26 | 8-26 | 8-26-7 |
| TIME: 1730 | 2033 | 0000 | 0215 | 0500 | 0800 | 1073 |
| OFFICER: Dodson | A Jones | LJ | LJ | LJ | McCambridge | JH |
| DATE: 8-25 | 8/25 | 8-26 | 8-26 | 8-26 | 8-26 | 8-26-7 |
| TIME: 1745 | 2100 | 0016 | 0230 | 0530 | 0815 | 1045 |
| OFFICER: Dod | Holland | LJ | LJ | LJ | McCambridge | JH |
| DATE: 8-25 | 8/25 | 8-26 | 8-26 | 8-26 | 8-26 | 8-26 |
| TIME: 1751 | 2116 | 0030 | 0246 | 0545 | 0830 | 1101 |
| OFFICER: | Holland | LJ | LJ | LJ | McCambridge | Scott |
| DATE: 8/25 | 8/25 | 8-26 | 8-26 | 8-26 | 8-26 | 8-26 |
| TIME: 1830 | 2130 | 0045 | 0300 | 0600 | 0845 | 1129 |
| OFFICER: A Jones | Holland | LJ | LJ | LJ | McCambridge | Scott |
| DATE: 8/25 | 8/25 | 8-26 | 8-26 | 8-26 | 8-26 | 8-26 |
| TIME: 1900 | 2140 | 0100 | 0315 | 0615 | 0858 | 1148 |
| OFFICER: Holland | Holland | LJ | LJ | LJ | Scott | Scott |
| DATE: 8/25 | 8/25 | 8-26 | 8/26 | 8-26 | 8-26-7 | 8-26-7 |
| TIME: 1920 | 2158 | 0115 | 0330 | 0630 | 930 | 1200 |
| OFFICER: Holland | Holland | LJ | | LJ | JH | 1200 |
| DATE: 8-25 | 8-25 | 8-26 | 8/26 | 8-26 | 8-26-7 | 8-26 |
| TIME: 1945 | 2230 | 0130 | 0300 | 0658 | 945 | 1229 |
| OFFICER: Dodson | Dodson | LJ | | Scott | JH | Scott |
| DATE: 8-25 | 8-25 | 8-26 | 8-26 | 8-26 | 8-26-7 | 8-26-7 |
| TIME: 2000 | 2320 | 0145 | 0415 | 0730 | 1000 | 1300 |
| OFFICER: Dodson | PB | LJ | LJ | McCambridge | JH | JH |
| DATE: 8/25 | 8/25 | 8-26 | 8-26 | 8-26 | 8-26-7 | 8-26 |
| TIME: 2015 | 2330 | 0200 | 0430 | 0746 | 1015 | 1315 |
| OFFICER: Holland | Bri | LJ | LJ | McCambridge | JH | McCambridge |

# SMITH COUNTY SHERIFF DEPARTMENT
## JAIL DIVISON
### ADMINISTRATIVE SEGREGATION INSPECTION

**CELL: 307**

INMATE NAME:

**MAYS, RANDALL**

IMPOSING AUTHORITY:

**SGT. FITE**

DATE IMPOSED:  DATE DUE OUT:

**5/25/2007**

SPECIAL INSTRUCTIONS: **15 MIN WATCH HANDCUFF-LEGIRON. TWO OFFICERS PRESENT. NOTIFY SGT BEFORE HE LEAVES CELL FOR ANY REASON.**

REASON FOR CELL ASSIGNMENT

| | |
|---|---|
| [X] ADMINISTRATIVE | [ ] MEDICAL |
| [ ] OWN PROTECTION | [ ] MENTAL |
| [ ] PROTECTION OF OTHERS | [ ] UNIVERSAL PRECAUTION |
| [ ] ASSAULTIVE | [ ] OTHER |
| [ ] ESCAPE RISK | |
| [ ] DISCIPLINARY | |

IN THE OFFICER BLOCK, THE INSPECTING OFFICER WILL PRINT THEIR LAST NAME. **ALL ENTRIES WILL BE PRINTED**

| DATE: | 8·24 | 8/24 | 8/25 | 8-25 | 8/25 | 8.25 | 8·25 |
|---|---|---|---|---|---|---|---|
| TIME: | 1900 | 23:45 | 62'00 | 0445 | 6:30 | 1031 | 1500 |
| OFFICER: | 8/4 | BW | BW | Moore | BW | JP | Dabo. |
| DATE: | 8·24 | 8.25 | 8-25 | 8-25 | 8-25 | 8.25 | 8.25 |
| TIME: | 1956 | 0000 | 0215 | 0430 | 0645 | 1105 | 1515 |
| OFFICER: | GA | YP | Moore | Moore | Moore | JP | Mizzler |
| DATE: | 8·24 | 8/25 | 8/25 | 8-25 | 8-29 | 8-25-7 | 8/25 |
| TIME: | 2027 | 00:15 | 02:30 | 0445 | 0703 | 1170 | 1530 |
| OFFICER: | cs | BW | BW | Moore | Or | JP | Holland |
| DATE: | 8·24 | 8.25 | 8-25 | 8-25 | 8-25 | 8-25-7 | 8/25 |
| TIME: | 2104 | 0030 | 0245 | 0500 | 0230 | 1200 | 1545 |
| OFFICER: | cs | YP | Moore | Moore | chdn | JH | Holland |
| DATE: | 8-24 | 8/25 | 8/25 | 8-25 | 8-25 | 8-25-7 | 8/25 |
| TIME: | 2127 | 00:45 | 03:00 | 05:15 | 8:05 | 1230 | |
| OFFICER: | GA | BW | BW | BW | nder | JH | Holland |
| DATE: | 8-24 | 8.25 | 8-25 | 8-25 | 825 | 8-25 | 8/25 |
| TIME: | 2154 | 0100 | 0315 | 0530 | 832 | 1302 | 1603 |
| OFFICER: | cs | YP | Moore | YP | chdi | JP | Holland |
| DATE: | 8/24 | 8·25 | 8-25 | 8-25 | 8 25 | 8-25-7 | 8/25 |
| TIME: | 2245 | 0115 | 03:30 | 0545 | 0904 | 1330 | 1645 |
| OFFICER: | AJones | YP | AS | Moore | JP | JH | AJones |
| DATE: | 8/24 | 8-25 | 8-25 | 8-25 | 8-25-7 | 8-25 | 8/25 |
| TIME: | 23:00 | 0130 | 0345 | 06:00 | 970 | 1402 | 1700 |
| OFFICER: | BW | Moore | Moore | BW | JH | ck | Holland |
| DATE: | 8 24 | 8-25 | 8-25 | 8-25 | 8-25-7 | 8-25-7 | 8/25 |
| TIME: | 2330 | 0145 | 0400 | 0615 | 1000 | 1430 | 1715 |
| OFFICER: | YP | Moore | Moore | Moore | JH | JH | Holland |

SMITH COUNTY SHERIF EPARTMENT
JAIL DIVISON
## ADMINISTRATIVE SEGREGATION INSPECTION

| CELL: 307 |

| INMATE NAME: | REASON FOR CELL ASSIGNMENT |
| --- | --- |

| MAYS, RANDALL |
| IMPOSING AUTHORITY: |

[X] ADMINISTRATIVE    [ ] MEDICAL

[ ] OWN PROTECTION    [ ] MENTAL

| SGT. FITE |

[ ] PROTECTION OF OTHERS    [ ] UNIVERSAL PRECAUTION

| DATE IMPOSED: | DATE DUE OUT: |
| --- | --- |
| 5/25/2007 | |

[ ] ASSAULTIVE    [ ] OTHER

SPECIAL INSTRUCTIONS: 15 MIN WATCH
HANDCUFF-LEGIRON. TWO OFFICERS
PRESENT. NOTIFY SGT BEFORE HE
LEAVES CELL FOR ANY REASON.

[ ] ESCAPE RISK

[ ] DISCIPLINARY

IN THE OFFICER BLOCK, THE INSPECTING OFFICER WILL PRINT THEIR LAST NAME.
ALL ENTRIES WILL BE PRINTED

| DATE: | 8-29 | 8-29 | 8-29 | 8-29 | 8/29 | 8-29 | 8/29 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| TIME: | 0600 | 0815 | 1137 | 1430 | 1500 | 1946 | 2230 |
| OFFICER: | Moore | McCambridge | JP | McCambridge | Hu | Dodso | Hu |
| DATE: | 8-29 | 8-29 | 8-29 | 8-29 | 8/29 | 8-29 | 8-29 |
| TIME: | 0615 | 0830 | 1158 | 1445 | 1715 | 1959 | 2245 |
| OFFICER: | Moore | McCambridge | Jewett | McCambridge | Hu | Dodson | Dodso |
| DATE: | 8-29 | 8-29 | 8-29 | 8/29 | 8/29 | 8-29 | 8-29 |
| TIME: | 0630 | 0845 | 1228 | 1500 | 1730 | 2015 | 2300 |
| OFFICER: | Moore | McCambridge | Jewett | Hu | Hu | Dodson | DB |
| DATE: | 8-29 | 8-29 | 8-29 | 8/29 | 8/29 | 8-29 | 8-29 |
| TIME: | 0645 | 0900 | 1245 | 1515 | 1745 | 2031 | 2330 |
| OFFICER: | Moore | McCambridge | McCambridge | Hu | Hu | Dodson | K |
| DATE: | 8-29 | 8-29 | 8-29 | 8/29 | 824 | 8-29 | 8-29 |
| TIME: | 0700 | 0900 | 1300 | 1530 | 1800 | 2100 | 0200 |
| OFFICER: | McCambridge | Gum | McCambridge | Hu | 2 | CO | K |
| DATE: | 8-29 | 8-29 | 8-29 | 8-29 | 8-29 | 8-29 | 8-29 |
| TIME: | 0716 | 1002 | 1315 | 1600 | 1800 | 2115 | 0015 |
| OFFICER: | McCambridge | Jewett | McCambridge | CO | 2 | Dodson | DB |
| DATE: | 8-29 | 8-29 | 8-29 | 8/29 | 8-29 | 8-29 | 8-29 |
| TIME: | 0728 | 1032 | 1330 | 1615 | 1845 | 2130 | 0030 |
| OFFICER: | Jewett | JP | Gum | Hu | Dodson | CO | DB |
| DATE: | 8-29 | 8-29 | 8-29 | 8-29 | 8-29 | 8/29 | 8-29 |
| TIME: | 0745 | 1105 | 1400 | 1634 | 1906 | 2145 | 0015 |
| OFFICER: | McCambridge | | McCambridge | 2 | 2 | Hu | DB |
| DATE: | 8-29 | 8-29 | 8-29 | 8/29 | 8-29 | 8/29 | 8-30 |
| TIME: | 0800 | 1120 | 1415 | 1615 | 1934 | 2000 | 0100 |
| OFFICER: | McCambridge | Jewett | McCambridge | Hu | 2 | Hu | DB |

SMITH COUNTY SHERIFF DEPARTMENT

JAIL DIVISION

ADMINISTRATIVE SEGREGATION INSPECTION

| CELL: 307 |

INMATE NAME:

**MAYS, RANDALL**

IMPOSING AUTHORITY:

**SGT. FITE**

DATE IMPOSED: **5/25/2007**    DATE DUE OUT:

SPECIAL INSTRUCTIONS: 15 MIN WATCH HANDCUFF-LEGIRON. TWO OFFICERS PRESENT. NOTIFY SGT BEFORE HE LEAVES CELL FOR ANY REASON.

REASON FOR CELL ASSIGNMENT

[X] ADMINISTRATIVE
[ ] OWN PROTECTION
[ ] PROTECTION OF OTHERS
[ ] ASSAULTIVE
[ ] ESCAPE RISK
[ ] DISCIPLINARY

[ ] MEDICAL
[ ] MENTAL
[ ] UNIVERSAL PRECAUTION
[ ] OTHER

IN THE OFFICER BLOCK, THE INSPECTING OFFICER WILL PRINT THEIR LAST NAME. ALL ENTRIES WILL BE PRINTED

| DATE: | 8-23 | 8-23 | 8-24 | 8-24 | 8-24 | 8-24 | 8-24 |
|---|---|---|---|---|---|---|---|
| TIME: | 1945 | 2245 | 01:15 | 045 | 06:00 | 1800 | 1430 |
| OFFICER: | M,T | MJ | BW | J.F. | AS | a | SSmith |
| DATE: | 8-23 | 8-23 | 8-24 | 8-24 | 8-24 | 8-24 | 8-24 |
| TIME: | 1955 | 2300 | 01:30 | 04:00 | 0630 | 1630 | 1510 |
| OFFICER: | MJ | DB | AS | BW | J.F. | Hanna | MJ |
| DATE: | 8-23 | 8-23 | 8-24 | 8-24 | 8-24 | 8-24 | 8-24 |
| TIME: | 20:13 | 23:30 | 01:45 | 04:15 | 0645 | 1100 | 1528 |
| OFFICER: | Taylor | BW | BW | BW | DB | Hanna | a |
| DATE: | 8-23 | 8-23 | 8-24 | 8-24 | 8-24 | 8-24 | 8-24 |
| TIME: | 20:30 | 23:45 | 0200 | 04:30 | 0702 | 1130 | 1545 |
| OFFICER: | MJ | BW | J.F. | BW | a | SSmith | AJones |
| DATE: | 8-23 | 8-24 | 8-24 | 8-24 | 8-24 | 8-24 | 8-24 |
| TIME: | 20:45 | 00:00 | 02:15 | 0445 | 0732 | 1205 | 1600 |
| OFFICER: | MJ | BW | AS | DB | a | Hanna | Holland |
| DATE: | 8-23 | 8-24 | 8-24 | 8/24 | 8-24 | 8-24 | 8/24 |
| TIME: | 2100 | 0015 | 02:30 | 05:00 | 0800 | 1231 | 1634 |
| OFFICER: | a | J.F. | AS | BW | a | a | AJones |
| DATE: | 8-23 | 8-24 | 8-24 | 8-24 | 8-24 | 8-24 | 8/24 |
| TIME: | 21:15 | 00:30 | 02:45 | 0515 | 0830 | 1302 | 1700 |
| OFFICER: | MJ | BW | BW | J.F | a | a | Holland |
| DATE: | 8-23 | 8-24 | 8-24 | 8-24 | 8-24 | 8-24 | 8/24 |
| TIME: | 2135 | 0045 | 03:00 | 0530 | 0900 | 1336 | 1734 |
| OFFICER: | a | J.F. | AS | J.F. | Hanna | a | Holland |
| DATE: | 8-23 | 8-24 | 8-24 | 8-24 | 8-24 | 8-24 | 8/24 |
| TIME: | 22:30 | 01:00 | 0330 | 8-24 | 9:20 | 1402 | 8:24 |
| OFFICER: | MJ | AS | J.F. | DB | a | a | 1884 |

SMITH COUNTY SHERIFF DEPARTMENT
JAIL DIVISON
## ADMINISTRATIVE SEGREGATION INSPECTION

**CELL: 307**

| INMATE NAME: | REASON FOR CELL ASSIGNMENT | | |
|---|---|---|---|
| **MAYS, RANDALL** | [X] ADMINISTRATIVE | | [ ] MEDICAL |
| IMPOSING AUTHORITY: | | | |
| **SGT. FITE** | [ ] OWN PROTECTION | | [ ] MENTAL |
| DATE IMPOSED:   DATE DUE OUT: | [ ] PROTECTION OF OTHERS | | [ ] UNIVERSAL PRECAUTION |
| **5/25/2007** | [ ] ASSAULTIVE | | [ ] OTHER |
| SPECIAL INSTRUCTIONS: 15 MIN WATCH | [ ] ESCAPE RISK | | |
| HANDCUFF-LEGIRON. TWO OFFICERS | | IN THE OFFICER BLOCK, THE INSPECTING OFFICER WILL PRINT THEIR LAST NAME. | |
| PRESENT. NOTIFY SGT BEFORE HE | [ ] DISCIPLINARY | ALL ENTRIES WILL BE PRINTED | |
| LEAVES CELL FOR ANY REASON. | | | |

| DATE: | 8/22 | 8-22 | 8-22 | 8.22 | 8.22 | 8-22 | 8-22 |
|---|---|---|---|---|---|---|---|
| TIME: | 0100 | 0400 | 0715 | 1031 | 1345 | 1645 | 1900 |
| OFFICER: | Bw | ou | Tevett | JM | Jewtt | Bes | Bes |
| DATE: | 8/22 | 8-22 | 8-22 | 8-22 | 8.22 | 8-22 | 8-22 |
| TIME: | 0130 | 0415 | 0730 | 1113 | 1401 | 1700 | 1930 |
| OFFICER: | Bw | ou | Smith | Jewtt | JP | Bes | Ryl |
| DATE: | 8-22 | 8-22 | 8-22 | 8-22 | 8.22 | 8-22 | 8-22 |
| TIME: | 0200 | 04:30 | 0747 | 1133 | 1430 | 1700 | 1945 |
| OFFICER: | ou | AS | Smith | Jewtt | JP | CBes | Bes |
| DATE: | 8-22 | 8-22 | 8-22 | 8-22 | 8-22 | 8-22 | 8-22 |
| TIME: | 0215 | 0450 | 0751 | 1157 | 1500 | 1715 | 2000 |
| OFFICER: | He, JM | Hawk | Smith | Jewtt | Dobs | Bes | Bes |
| DATE: | 8-22 | 8-22 | 9-22 | 8-22 | 8-22 | 8.22 | 8-22 |
| TIME: | 02:30 | 05:00 | 0811 | 1217 | 1530 | 1730 | 2050 |
| OFFICER: | AS | AS | CBW | Jewtt | Dodson | Bes-S | Seatt |
| DATE: | 8-22 | 8-22 | 8.22 | 8.22 | 8522 | 822 | 8-22 |
| TIME: | 03:00 | 05:30 | 0830 | 1230 | 1545 | 1745 | 2132 |
| OFFICER: | AS | AS | Jewtt | Jewtt | Barnes | Bes | Ryl |
| DATE: | 8.22 | 8-22 | 8.22 | 8.22 | 8-22 | 8-22 | 8-22 |
| TIME: | 0315 | 0600 | 0847 | 1245 | 1600 | 1800 | 2203 |
| OFFICER: | He, JM | ou | Jewtt | Jewtt | Barnes | Bes | Ryl |
| DATE: | 8-22 | 8-22 | 8.22 | 8.22 | 8-22 | 8-22 | 822 |
| TIME: | 03:30 | 0630 | 0902 | 1300 | 1615 | 1830 | 2232 |
| OFFICER: | AS | ou | Jewtt | Ames | Barnes | Bes | Ryl |
| DATE: | 8-22 | 8-22 | 8.22 | 822 | 8-22 | 8-22 | 8-22 |
| TIME: | 0345 | 0701 | 1007 | 1311 | 1830 | 1845 | 2280 |
| OFFICER: | ou | Jewtt | JP | JM | JP | Bes | M Cambridge |

SMITH COUNTY SHERIFF DEPARTMENT
JAIL DIVISION
ADMINISTRATIVE SEGREGATION INSPECTION

**CELL: 307**

| INMATE NAME: | REASON FOR CELL ASSIGNMENT |
|---|---|

**MAYS, RANDALL**

IMPOSING AUTHORITY:

**SGT. FITE**

| REASON FOR CELL ASSIGNMENT | | | |
|---|---|---|---|
| [X] ADMINISTRATIVE | | [ ] MEDICAL | |
| [ ] OWN PROTECTION | | [ ] MENTAL | |
| [ ] PROTECTION OF OTHERS | | [ ] UNIVERSAL PRECAUTION | |
| [ ] ASSAULTIVE | | [ ] OTHER | |
| [ ] ESCAPE RISK | | | |
| [ ] DISCIPLINARY | | | |

DATE IMPOSED: **5/25/2007**   DATE DUE OUT:

SPECIAL INSTRUCTIONS: 15 MIN WATCH HANDCUFF-LEGIRON. TWO OFFICERS PRESENT. NOTIFY SGT BEFORE HE LEAVES CELL FOR ANY REASON.

IN THE OFFICER BLOCK, THE INSPECTING OFFICER WILL PRINT THEIR LAST NAME. ALL ENTRIES WILL BE PRINTED

| DATE: | 8-19 | 8-19 | 8-19 | 8-19 | 8-20 | 8-20 | 8-20 |
|---|---|---|---|---|---|---|---|
| TIME: | 1545 | 1800 | 2015 | 2245 | 0100 | 0315 | 0630 |
| OFFICER: | Dodson | Dodson | M.T | M.T | KJ | McCambridge | McCambridge |
| DATE: | 8-19 | 8-19 | 8-19 | 8-19 | 8-20 | 8-20 | 8-20 |
| TIME: | 1800 | 1815 | 2030 | 2300 | 0115 | 0330 | 8-20 |
| OFFICER: | Dodson | Walters | M.T | McCambridge | McCambridge | McCambridge | KT |
| DATE: | 8-19 | 8-19 | 8-19 | 8-19 | 8-20 | 8-20 | 8-20 |
| TIME: | 1815 | 1830 | 2045 | 2315 | 0130 | 0200 | 0704 |
| OFFICER: | Dodson | Walters | M.T | KJ | KJ | | W.Kelley |
| DATE: | 8-19 | 8-19 | 8-19 | 8-19 | 8-20 | 8-20 | 8-20 |
| TIME: | 1630 | 1845 | 2101 | 2331 | 0145 | 0415 | 0717 |
| OFFICER: | Walters | M.T | G.Allen | KJ | McCambridge | KJ | W.Kelley |
| DATE: | 8-19 | 8-19 | 8-19 | 8-19 | 8-20 | 8-20 | 8-20 |
| TIME: | 1645 | 1900 | 2115 | 2345 | 0200 | 0430 | 0730 |
| OFFICER: | Doe | M.T | Q-22 | KJ | KJ | McCambridge | W.Kelley |
| DATE: | 8-19 | 8-19 | 8-19 | 8-19 | 8-20 | 8-20 | 8-20 |
| TIME: | 1700 | 1915 | 2130 | 0000 | 0215 | 0500 | 0745 |
| OFFICER: | Dod | Walters | Dodson | McCambridge | KJ | KJ | W.Kelley |
| DATE: | 8-19 | 8-19 | 8-9 | 8-19 | 8-20 | 8-20 | 8-20 |
| TIME: | 1715 | 1930 | 2145 | 0015 | 0230 | 530 | 0802 |
| OFFICER: | Walters | Walters | M.T | McCambridge | KJ | K | C |
| DATE: | 8-19 | 8-19 | 8-19 | 8-20 | 8-20 | 8-20 | 8-20 |
| TIME: | 1730 | 1945 | 2201 | 0030 | 0245 | 0600 | 0838 |
| OFFICER: | Walters | Walters | G.Allen | KJ | McCambridge | McCambridge | W.Kelley |
| DATE: | 8-19 | 8-19 | 8-19 | 8-20 | 8-20 | 8-20 | 8-20 |
| TIME: | 1745 | 2000 | 2230 | 1045 | 0300 | 0615 | 0845 |
| OFFICER: | Walters | Walters | G.Allen | KJ | C | McCambridge | W.Kelley |

186

## SMITH COUNTY SHERIFF DEPARTMENT
### JAIL DIVISON
### ADMINISTRATIVE SEGREGATION INSPECTION

**CELL: 307**

**INMATE NAME:**

**MAYS, RANDALL**

**IMPOSING AUTHORITY:**

**SGT. FITE**

**DATE IMPOSED:** 5/25/2007   **DATE DUE OUT:**

**SPECIAL INSTRUCTIONS:** 15 MIN WATCH
HANDCUFF-LEGIRON. TWO OFFICERS
PRESENT. NOTIFY SGT BEFORE HE
LEAVES CELL FOR ANY REASON

**REASON FOR CELL ASSIGNMENT**

| | |
|---|---|
| [X] ADMINISTRATIVE | [ ] MEDICAL |
| [ ] OWN PROTECTION | [ ] MENTAL |
| [ ] PROTECTION OF OTHERS | [ ] UNIVERSAL PRECAUTION |
| [ ] ASSAULTIVE | [ ] OTHER |
| [ ] ESCAPE RISK | |
| [ ] DISCIPLINARY | |

IN THE OFFICER BLOCK, THE INSPECTING OFFICER WILL PRINT THEIR LAST NAME.
ALL ENTRIES WILL BE PRINTED

| DATE: | 8-18 | 8-19 | 8-19 | 8-19 | 8-19-7 | 8-19-7 | 8-19 |
|---|---|---|---|---|---|---|---|
| TIME: | 2026 | 0100 | 0330 | 0545 | 730 | 1000 | 1300 |
| OFFICER: | cur | J.F. | McCambridge | LF | JH | JH | Jwett |
| DATE: | 8-18 | 8-19 | 8-19 | 8-19 | 8-19-7 | 8-19-7 | 8-19 |
| TIME: | 2300 | 0115 | 0345 | 0600 | 745 | 1015 | 1316 Vis. |
| OFFICER: | McCambridge | RB | RB | LF | JH | JH | |
| DATE: | 8-19 | 8-19 | 8-19 | 8-19 | 8-19 | 8-19 | Jwett |
| TIME: | 2315 | 0130 | 0400 | 0615 | 0755 | 1050 | 8-19 |
| OFFICER: | McCambridge | McCambridge | J.F. | LF | Jwett | JH | 1350-Bre |
| DATE: | 8-18 | 8-19 | 8-19 | 8-19 | 8-19 | 8-19 | Jwett |
| TIME: | 2330 | 0145 | 0415 | 0630 | 0825 | 1110 JDD | 8-19 |
| OFFICER: | RB | McCambridge | J.F. | LF | Jwett | | 1410 |
| DATE: | 8-18 | 8-19 | 8-19 | 8-19 | 8-19 | 8-19 | Jwett |
| TIME: | 2345 | 0200 | 0430 | 0645 | 0829 | 1138 | 8-19 |
| OFFICER: | McCambridge | RB | J.F. | LF | Jwett | JH | 1420 |
| DATE: | 8-18 | 8-19 | 8-19 | 8-19 | 8-19-7 | 8-19 | JP |
| TIME: | 0000 | 0215 | 0445 | 0680 | 845 | 1200 | 1445 |
| OFFICER: | McCambridge | RB | J.F. | McCambridge | JH | Jwett | Jwett |
| DATE: | 8-18 | 8-19 | 8-19 | 8-19 | 8-19-7 | 8-19 | 8-19 |
| TIME: | 0016 | 0230 | 0500 | 0645 | 900 | 1218 | 1458 |
| OFFICER: | McCambridge | J.F. | LF | J.F. | JH | Jwett | Dobson |
| DATE: | 8-19 | 8-19 | 8-19 | 8-19-7 | 8-19-7 | 8-19 | 8-19 |
| TIME: | 0030 | 0300 | 0515 | 700 | 915 | 1229 | 1515 |
| OFFICER: | J.F. | J.F. | LF | LF | JH | Jwett | WATSON |
| DATE: | 8-19 | 8-19 | 8-19 | 8-19-7 | 8-19-7 | 8-19 | 8-19 |
| TIME: | 0045 | 0315 | 0530 | 715 | 930 | 1245 | 1587 |
| OFFICER: | McCambridge | RB | McCambridge | JH | JH | Jwett | JJ |

# SMITH COUNTY SHERIFF DEPARTMENT
## JAIL DIVISION
### ADMINISTRATIVE SEGREGATION INSPECTION

**CELL: 307**

| INMATE NAME: | REASON FOR CELL ASSIGNMENT | | |
|---|---|---|---|
| **MAYS, RANDALL** | [X] ADMINISTRATIVE | | [ ] MEDICAL |

**IMPOSING AUTHORITY:**

**SGT. FITE**

[ ] OWN PROTECTION   [ ] MENTAL

[ ] PROTECTION OF OTHERS   [ ] UNIVERSAL PRECAUTION

**DATE IMPOSED: DATE DUE OUT:**

**5/25/2007**

[ ] ASSAULTIVE   [ ] OTHER

[ ] ESCAPE RISK

**SPECIAL INSTRUCTIONS: 15 MIN WATCH HANDCUFF-LEGIRON. TWO OFFICERS PRESENT. NOTIFY SGT BEFORE HE LEAVES CELL FOR ANY REASON.**

[ ] DISCIPLINARY

IN THE OFFICER BLOCK, THE INSPECTING OFFICER WILL PRINT THEIR LAST NAME. **ALL ENTRIES WILL BE PRINTED**

| DATE: | 8-10 | 8-10 | 8-10 | 8-10 | 8-10 | 8-11 | 8-11 |
|---|---|---|---|---|---|---|---|
| TIME: | 745 | 1800 | 1755 | 2030 | 2335 | 0315 | 0600 |
| OFFICER: | S.Smith | JP | Walters | G. Allen | | | |
| DATE: | 8-10 | 8-10 | 8-10 | 8-10 | 8-11 | 8-11 | 8-11 |
| TIME: | 800 | 1330 | 1818 | 2101 | 0000 | 0330 | 0630 |
| OFFICER: | S Smith | JP | Walters | G. Allen | LH | LJA | |
| DATE: | 8-10 | 8-10 | 8-10 | 8-10 | 8-11 | 8-11 | 8-11 |
| TIME: | 900 | 1401 | 1834 | 2116 | 0030 | 0345 | 0701 |
| OFFICER: | S Smith | JP | Walters | WALTERS | LH | DB | |
| DATE: | 8-10 | 8-10 | 8-10 | 8-10 | 8-11 | 8-11 | 8-11 |
| TIME: | 0959 | 1430 | 1845 | 2130 | 0100 | 0400 | 0727 |
| OFFICER: | Jr | JP | WALTERS | WALTERS | DB | LH | |
| DATE: | 8-10 | 8-10 | 8-10 | 8-10 | 8-11 | 8-11 | 8-11 |
| TIME: | 1000 | 1585 | 1905 | 2145 | 0130 | 0430 | 756 |
| OFFICER: | Jr | WALTERS | WALTERS | WALTERS | LH | | |
| DATE: | 8-10 | 8-10 | 8-10 | 8-10 | 8-11 | 8-11 | 8-11 |
| TIME: | 1034 | 1555 | 1935 | 2200 | 0200 | 0445 | 0836 |
| OFFICER: | Jr | WALTERS | WALTERS | WALTERS | | DB | |
| DATE: | 8-10 | 8-10 | 8-10 | 8-10 | 8-11 | 8-11 | 8-11 |
| TIME: | 1108 | 1615 | 1945 | 2232 | 0230 | 0500 | 0900 |
| OFFICER: | Jr | WALTERS | WALTERS | WALTERS | DB | | |
| DATE: | 8-10 | 8-10 | 8-10 | 8-10 | 8-11 | 8-11 | 8-11 |
| TIME: | 1231 | 1630 | 2000 | 2245 | 0245 | 0515 | 0876 |
| OFFICER: | JP | WALTERS | WALTERS | WALTERS | DB | | |
| DATE: | 8-10 | 8-10 | 8-10 | 8-10 | 8-11 | 8-11 | 8-11 |
| TIME: | 1230 | 1706 | 2015 | 2301 | 0302 | 0500 | 1006 |
| OFFICER: | JP | WALTERS | WALTERS | WALTERS | DB | DB | |

188



# SMITH COUNTY SHERIFF DEPARTMENT
## JAIL DIVISON
## ADMINISTRATIVE SEGREGATION INSPECTION

**CELL: 306**

| INMATE NAME: | | REASON FOR CELL ASSIGNMENT | |
|---|---|---|---|
| **MAYS, RANDAL** | | ☐ ADMINISTRATIVE | ☐ MEDICAL |
| IMPOSING AUTHORITY: | | ☒ OWN PROTECTION | ☐ MENTAL |
| SGT FITE | | ☒ PROTECTION OF OTHERS | ☐ UNIVERSAL PRECAUTION |
| DATE IMPOSED: 5/25/2007 | DATE DUE OUT: | ☐ ASSAULTIVE | ☐ OTHER |
| SPECIAL INSTRUCTIONS: **MEDICAL** | | ☐ ESCAPE RISK | |
| | | ☐ DISCIPLINARY | IN THE OFFICER BLOCK, THE INSPECTING OFFICER WILL PRINT THEIR LAST NAME. **ALL ENTRIES WILL BE PRINTED** |

| DATE: | 3-27 | 3-27 | 3-27 | 3-27 | 3-27 | 3-28 | 3-28 |
|---|---|---|---|---|---|---|---|
| TIME: | 0205 | 04:14 | 1216 | 1631 | 2109 | 0132 | 0610 |
| OFFICER: | Howard | Sgt Olivas | Zachery | G Allen | G Allen | Hurst | M Johns |
| DATE: | 3-27 | 3-27 | 3-27 | 3-27 | 3-27 | 3-28 | 3-28 |
| TIME: | 0237 | 06:29 | 1259 | 1658 | 2137 | 0200 | 0630 |
| OFFICER: | AS | Howard | Zachery | Mills | ME Gill | A Davis | A Davis |
| DATE: | 3-27 | 3-27 | 3-27 | 3-27 | 3-27 | 3-28 | |
| TIME: | 0306 | 0700 | 1330 | 1731 | 2202 | 0330 | |
| OFFICER: | Howard | W Kelley | M— | Mills | ME Gill | M Johnson | |
| DATE: | 3-27 | 3-27 | 3-27 | 3-27 | 3-27 | 3-28 | |
| TIME: | 0730 | 0730 | 1357 | 1800 | 2230 | 0300 | |
| OFFICER: | AS | Morales | Zachery | G Allen | ME Gill | M Johnson | |
| DATE: | 3-27 | 3-27 | 3-27 | 3-27 | 3-27 | 3-28 | |
| TIME: | 0401 | 0800 | 1446 | 1830 | 2300 | 0330 | |
| OFFICER: | Hurst | M— | M Olin | G Allen | A Davis | A Davis | |
| DATE: | 3-27 | 3-27 | 3-27 | 3-27 | 3-28 | 3-28 | |
| TIME: | 0452 | 0835 | 1447 | 1857 | 2330 | 0359 | |
| OFFICER: | Hurst | Zachery | 8— | ME Ger | Bowser | A Davis | |
| DATE: | 3-27 | 3-27 | 3-27 | 3-27 | 3-28 | 3-28 | |
| TIME: | 0458 | 0844 | 1500 | 1944 | 0001 | 0439 | |
| OFFICER: | AS | M Olin | G Allen | ME Gill | A Davis | M Johnson | |
| DATE: | 3-27 | 1020 | 3-27-08 | 3-24 | 3-28 | 3-28 | |
| TIME: | 0537 | 3-27 | 1527 | 2004 | 0034 | 0506 | |
| OFFICER: | AS | Zachery | J K | ME Gill | A Davis | A Davis | |
| DATE: | 3-27 | 03-27 | 3-27 | 3-24 | 3-28 | 3-28 | |
| TIME: | 0603 | 1/05 Pм | 1600 | 2031 | 0105 | 0534 | |
| OFFICER: | AS | Vent H | G Allen | G Allen | N Self | M Johnson | 189 |

MAYS, Randal

~~Person Nominated: Sgt. Brown~~

Reason Nominated:

| | | |
|---|---|---|
| Refused | 3-16-08 | |
| Did not take P.M. Meds | 02-05-08 | G. Allen |
| Refused AM med | 10-08 | KAmin |
| Refused chow | 2-6-08 | Brown |
| Refused Lunch | 2-8-08 | KAmin |
| Refused med | 2-14-08 | A. Jones |
| Refused meds | 2-20-08 | C3 Comm 0220 |
| Refused meds | 2-16-08 | H. Smith |
| Refused Meds | 2-27-08 | Beasley |
| Refused meds | 3-3-08 | Garman |
| REFUSED MEDS | 3-4-08 | DAVIS |
| REFUSED MEDS | 3-5-08 | I. Morales |
| Refused Meds | 3-06-08 | Jevett |
| Refused meds | 3-7-08 | AC tongele William |
| Refused mod | 3-8-08 | |

Officer Name

| | | |
|---|---|---|
| Refuse med | 3-8-08 | |
| Refused AM Meds | 3-09-08 | Jevett |
| refused med | 3-10-08 | D. McCo |
| refused AM Meds | 3-11-08 | |
| refused meds | 3-11-08 | 0137 D. McCo |
| Refused Meds | 3-12-08 | |
| Refused Mod | 1-13-08 | A. Jones Beasley |
| refusal | 5-14-08 | He-Harrell |

Refused
3-1-08

Refused
Meds
3-18-08
Beasley
(A)

3-21-08
Refused AM
Accusional

SMITH COUNTY ___. DEPARTMENT
JAIL DIVISON
ADMINISTRATIVE SEGREGATION INSPECTION

**CELL: 306**

| INMATE NAME: | | | REASON FOR CELL ASSIGNMENT | | | | |
|---|---|---|---|---|---|---|---|
| **MAYS,RANDAL** | | | ☐ ADMINISTRATIVE | | | ☐ MEDICAL | |

IMPOSING AUTHORITY:
**SGT FITE**

☒ OWN PROTECTION          ☐ MENTAL

DATE IMPOSED: DATE DUE OUT:
**5/25/2007**

☒ PROTECTION OF OTHERS    ☐ UNIVERSAL PRECAUTION

☐ ASSAULTIVE              ☐ OTHER

SPECIAL INSTRUCTIONS:
**MEDICAL**

☐ ESCAPE RISK

IN THE OFFICER BLOCK, THE INSPECTING OFFICER WILL PRINT THEIR LAST NAME.
**ALL ENTRIES WILL BE PRINTED**

☐ DISCIPLINARY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE: | 4-18 | 4-19 | 4-19 | 4-19 | 4-19 | 4-19 | 4-20 |
| TIME: | 1930 | 0027 | 0502 | 0941 | 1430 | 2147 | 0203 |
| OFFICER: | McGill | R.Fields | R.Fields | Henri | a | McGill | Bowser |
| DATE: | 4-18 | 4-19 | 4-19 | 4-19 | 4-19 | 4-19 | 4-20 |
| TIME: | 2005 | 0057 | 0528 | 0957 | 1506 | 2203 | 0233 |
| OFFICER: | EPira | L.Fields | R.Fields | a | Clouder | McGill | Bowser |
| DATE: | 4-18 | 4-19 | 4-19 | 4-19 | 4-19 | 4-19 | 4-20 |
| TIME: | 2030 | 0132 | 0600 | 1047 | 1541 | 2306 | 0307 |
| OFFICER: | EPira | L.Fields | Bowser | Mulkey | McGill | Bowser | Bowser |
| DATE: | 4-18 | 4-19 | 4-19 | 4-19 | 4-19 | 4-19 | 4-20 |
| TIME: | 2100 | 0203 | 0629 | 1130 | 1602 | 2309 | 0326 |
| OFFICER: | EPira | L.Fields | L.Fields | a | McGill | Sgt.Johns | Bowser |
| DATE: | 4-18 | 4-19 | 4-19 | 4-19 | 4-19 | 4-19 | 4-20 |
| TIME: | 2133 | 0228 | 0700 | 1156 | 1740 | 2337 | 0400 |
| OFFICER: | EPira | L.Fields | W.Keller | Henri | Clouder | Bowser | Klm |
| DATE: | 4-19 | 4-19 | 4-19 | 4-19 | 4-19 | 4-19 | 4-20 |
| TIME: | 2254 | 0242 | 0740 | 12:36 | 1800 | 0000 | 0438 |
| OFFICER: | McGill | Sgt.Soh | 1Rui | Henri | McGill | AS | Klm |
| DATE: | 4-18 | 4-19 | 4-19 | 4-19 | 4-19 | 4-20 | 4-20 |
| TIME: | 2257 | 0259 | 8:01 | 1259 | 1846 | 0030 | 0500 |
| OFFICER: | Bowser | L.Fields | 1Rui | a | McGill | AS | Klm |
| DATE: | 4-18 | 4-19 | 4-19 | 4-19 | 4-19 | 4-20 | 4-20 |
| TIME: | 2328 | 0341 | 08:30 | 1336 | 2008 | 0105 | 0529 |
| OFFICER: | Bowser | Bowser | 1Kdn | a | McGill | Bowser | Bowser |
| DATE: | 4-19 | 4-19 | 4-19 | 4-17 | 4-19 | 4-20 | 4-20 |
| TIME: | 0001 | 0403 | 9:05 | 1400 | 2104 | 0135 | 0591 |
| OFFICER: | Bowser | Bowser | 1Kn | a | Clouder | AS | Bowser |



# SMITH COUNTY SHERIFF DEPARTMENT
## JAIL DIVISON
### ADMINISTRATIVE SEGREGATION INSPECTION

**CELL: 306**

| INMATE NAME: | REASON FOR CELL ASSIGNMENT |
|---|---|

**MAYS, RANDAL**

IMPOSING AUTHORITY:

SGT FITE

| DATE IMPOSED: | DATE DUE OUT: |
|---|---|
| 5/25/2007 | |

SPECIAL INSTRUCTIONS:
**MEDICAL**

| | |
|---|---|
| [ ] ADMINISTRATIVE | [ ] MEDICAL |
| [X] OWN PROTECTION | [ ] MENTAL |
| [X] PROTECTION OF OTHERS | [ ] UNIVERSAL PRECAUTION |
| [ ] ASSAULTIVE | [ ] OTHER |
| [ ] ESCAPE RISK | |
| [ ] DISCIPLINARY | IN THE OFFICER BLOCK, THE INSPECTING OFFICER WILL PRINT THEIR LAST NAME. **ALL ENTRIES WILL BE PRINTED** |

| DATE: | 4-17 | 4-17-08 | 4-17-08 | 4-18 | 4/18 | 4-18 | 4-18 |
|---|---|---|---|---|---|---|---|
| TIME: | 1129 (count) | 1628 | 2057 | 0202 | 0636 | 1030 | 1503 |
| OFFICER: | Terr | S.S | A.Jones | M.Johns | AS | Donnell | McGill |
| DATE: | 4-17 | 4-17-08 | 4-17-08 | 4-18 | 4-18 | 4-18 | 4-18 |
| TIME: | 1202 | 1709 | 2127 | 0234 | 0700 | 1059 | 1544 |
| OFFICER: | CS Count | S.S | A.Jones | M.Johns | CO | Donnell | EPrin |
| DATE: | 4-17 | 4-17-08 | 4-17-08 | 4-18 | 4-18 | 4-18 | 4-18 |
| TIME: | 1233 | 1739 | 2155 | 0303 | 0739 | 1128 | 1601 |
| OFFICER: | SS count | S.S | S.S | Turner | CO | CO | McGill |
| DATE: | 4-17 | 4-17-08 | 4-17-08 | 4-18 | 4/18 | 4-18 | 4-18 |
| TIME: | 1306 count | 1803 | 2232 | 0333 | 0805 | 1209 | 1635 |
| OFFICER: | CO count | A.Jones | A.Jones | AS | Donnell | CO | McGill |
| DATE: | 4-17 | 4-17-08 | 4-17 | 4-18 | 4-18 | 4-18 | 4-18 |
| TIME: | 1332 count | 1826 | 2305 | 0401 | 0830 | 1239 | 1700 |
| OFFICER: | CO count | S.S | AS | Howard | Donnell | CO | McGill |
| DATE: | 4-17 | 4-17-08 | 4-17 | 4-18 | 4-18 | 4/18 | 4-18 |
| TIME: | 1400 count | 1855 | 2337 | 0434 | 0834 | 1341 | 1747 |
| OFFICER: | CS Count | S.S | M.Johns | M.Johnson | Molina | CO | McGill |
| DATE: | 4-17 | 4-17-08 | 4-18 | 4-18 | 4-18 | 4/18 | 4-18 |
| TIME: | 1431 count | 1932 | 0023 | 0501 | 0900 | 1400 | 1803 |
| OFFICER: | Nixon | A.Jones | AS | AS | Donnell | CO | EPrin |
| DATE: | 4-17-08 | 4-17-08 | 4-18 | 4-18 | 4-18 | 4-18 | 4-18 |
| TIME: | 1510 count | 2013 | 0102 | 0557 | 0929 | 1402 | 1831 |
| OFFICER: | S.S count | A.Jones | AS | AS | Donnell | Molina | McGill |
| DATE: | 4-17-08 | 4-17-08 | 4-18 | 4-18 | 4-18 | 4-18 | 4-18 |
| TIME: | 1530 | 2029 | 0132 | 0549 | 1002 | 1426 | 1901 |
| OFFICER: | S.S | A.Jones | AS | Perrow | CO | Donnell | EPrin |

192

# SMITH COUNTY SHERIFF DEPARTMENT
## JAIL DIVISON
### ADMINISTRATIVE SEGREGATION INSPECTION

**CELL: 306**

| INMATE NAME: | REASON FOR CELL ASSIGNMENT |
|---|---|

**MAYS, RANDAL**

| | |
|---|---|
| [ ] ADMINISTRATIVE | [ ] MEDICAL |
| [X] OWN PROTECTION | [ ] MENTAL |
| [X] PROTECTION OF OTHERS | [ ] UNIVERSAL PRECAUTION |
| [ ] ASSAULTIVE | [ ] OTHER |
| [ ] ESCAPE RISK | |
| [ ] DISCIPLINARY | |

IMPOSING AUTHORITY:

**SGT FITE**

DATE IMPOSED: **5/25/2007**  DATE DUE OUT:

SPECIAL INSTRUCTIONS: **MEDICAL**

IN THE OFFICER BLOCK, THE INSPECTING OFFICER WILL PRINT THEIR LAST NAME. **ALL ENTRIES WILL BE PRINTED**

| DATE: | 4-13-07 | 4-13 | 4-13 | 4-13 | 4-14 | 4-14 | 4-14 |
|---|---|---|---|---|---|---|---|
| TIME: | 0800 | 1230 | 1605 | 2030 | 0057 | 0541 | |
| OFFICER: | Williams | Williams | JS | JS | Bowser | AS | |
| DATE: | 4-13 | 4-13 | 4-13 | 4-13 | 4-14 | 4-14 | 4.14 |
| TIME: | 0830 | 1300 | 1630 | 2100 | 0130 | 0544 | 010:30 |
| OFFICER: | Williams | Williams | JS | DAVIS | AS | Court | 1 Kn |
| DATE: | 4-13 | 4-13 | 4-13 | 4-13 | 4-14 | 4-14 | 4-14 |
| TIME: | 0905 | 1330 | 1700-out | 21:31 | 0203 | 0654 court | 1034 court |
| OFFICER: | Williams | Williams | JS | DAVIS | AS | a | a |
| DATE: | 4-13 | 4-13 | 4-13 | 4-13 | 4-14 | 4-14-07 | 4.14 |
| TIME: | 0930 | 1355 | 1730 | 2200 | 0231 | 730 | 11:30 |
| OFFICER: | Williams | Williams | JS | AS | Old | 1Kn |
| DATE: | 4-13 | 4-13 | 4-13 | 4-13 | 4-14 | 4-14 | 4-14 |
| TIME: | 1000 | 1430 | 1800 | 2230 | 0706 | 0736 court | 1202 court |
| OFFICER: | Williams | Williams | JS | JS | Bowser | a | a |
| DATE: | 4-13 | 4-13 | 4-13 | 4-13 | 4-14 | 4-14 | 4.14 |
| TIME: | 1030 | 1500 | 1830 | 2300 | 0731 | | 1230 |
| OFFICER: | Williams | DAVIS | JS | 1Kn | Bowser | | 1Kn |
| DATE: | 4-13 | 04/13 | 4-13 | 4-13 | 4-14 | 4-14 | 4-14 |
| TIME: | 1102 | 1512 | 1900 | 2334 | 055 | | 1301 court |
| OFFICER: | RD | KS | JS | Hann | Bowser | BC | a |
| DATE: | 4-13-07 | 4-13 | 4-13 | 4-14 | 4-14 | 4-14 | 4.14 |
| TIME: | 1130 | 1530 | 1930 | 0001 | 0424 | 9:30 | 13:35 |
| OFFICER: | Old | JS | JS | Bowser | AS | 1Kn | 1Kn |
| DATE: | 4-13 | 4-13 | 4-13 | 4-14 | 4-14 | 4-14 | 4.14 |
| TIME: | 1200 | 1601 | 2000 | 0041 | 0509 | 0933 | 1493 |
| OFFICER: | Williams | DAVIS | JS | AS | Bowser | Molina | 1Kn |

## SMITH COUNTY SHERIFF DEPARTMENT
### JAIL DIVISON
## ADMINISTRATIVE SEGREGATION INSPECTION

| CELL: 306 |
| --- |

INMATE NAME:

**MAYS, RANDAL**

IMPOSING AUTHORITY:

**SGT FITE**

DATE IMPOSED: **5/25/2007**  DATE DUE OUT:

SPECIAL INSTRUCTIONS:

**MEDICAL**

REASON FOR CELL ASSIGNMENT

| | | |
|---|---|---|
| ☐ ADMINISTRATIVE | | ☐ MEDICAL |
| ☒ OWN PROTECTION | | ☐ MENTAL |
| ☒ PROTECTION OF OTHERS | | ☐ UNIVERSAL PRECAUTION |
| ☐ ASSAULTIVE | | ☐ OTHER |
| ☐ ESCAPE RISK | | |
| ☐ DISCIPLINARY | | |

IN THE OFFICER BLOCK, THE INSPECTING OFFICER WILL PRINT THEIR LAST NAME.
**ALL ENTRIES WILL BE PRINTED**

| DATE: | 4-12 | 4-12 | 4-12 | 4-12 | 4-12 | 4-12 | 4-13 |
|---|---|---|---|---|---|---|---|
| TIME: | 0200 | 0700 | 1051 | 1456 | 1939 | 2358 | 0431 |
| OFFICER: | Kehr | w/Kelley | a | 3Kelly | MEGH | Bowzer | Bowzer |
| DATE: | 4-12 | 4-12 | 4-12 | 4-12 | 4-12 | 4-12 | 4-13 |
| TIME: | 0228 | 0732 | 1132 | 1532 | 2017 | 0031 | 0507 |
| OFFICER: | Kehr | a | a | 3Kelly | Crouch | Bowzer | Bowzer |
| DATE: | 4-12 | 04-12 | 4-12 | 4-12 | 4-12 | 4-12 | 4-13 |
| TIME: | 0304 | 0748 | 1200 | 1559 | 2031 | 0059 | 0533 |
| OFFICER: | Kehr | KS | KS | MEGH | MEGH | Bowzer | Bowzer |
| DATE: | 4-12 | 4-12 | 4-12 | 4-12 | 4-12 | 4-13 | 4-13 |
| TIME: | 0100 | 0803 | 1255 | 1627 | 2104 | 0125 | 0558 |
| OFFICER: | Kehr | a | KS | Crouch | MEGH | Bowzer | AS |
| DATE: | 4-12 | 4-12 | 4-12 | 4-12 | 4-12 | 4-13 | 4-13 |
| TIME: | 0430 | 0831 | 1301 | 1740 | 2131 | 0155 | 0626 |
| OFFICER: | AS | a | KS | 3Kelly | 3Kelly | Bowzer | AS |
| DATE: | 4-12 | 4-12 | 4-12 | 4-12 | 4-12 | 4-13 | 4-13 |
| TIME: | 0503 | 0903 | 1330 | 1787 | 2155 | 0228 | 0700 |
| OFFICER: | AS | w/Kelley | KS | 3Kelly | 3Kelly | Bowzer | w/Kelley |
| DATE: | 4-12 | 4-12 | 4-12 | 4-12 | 4-12 | 4-13 | 4-13 |
| TIME: | 0556 | 0930 | 1400 | 1765 | 2238 | 0301 | 0730 |
| OFFICER: | AS | Mulby | KS | 3Kelly | Crouch | Klous | Williams |
| DATE: | 4-12 | 4-12 | 4-12 | 4-12 | 4-12 | 4-13 | 04-13 |
| TIME: | 0602 | 0958 | 1430 | 1430 | 2305 | 0321 | 0746 |
| OFFICER: | Sgt Sch | Mulby | KS | 3Kelly | Bowzer | Bowzer | KS |
| DATE: | 4-12 | 4-12 | 04-12 | 4-12 | 4-12 | 4-13 | 4-13 |
| TIME: | 0625 | 1035 | 1453 | 1900 | 2331 | 0405 | 800 |
| OFFICER: | AS | KS | KS | 3Kelly | Bowzer | Bowzer | 194 |



## SMITH COUNTY SHERIFF DEPARTMENT
### JAIL DIVISON
### ADMINISTRATIVE SEGREGATION INSPECTION

**CELL: 306**

INMATE NAME:

**MAYS, RANDALL**

IMPOSING AUTHORITY:

**SGT. FITE**

DATE IMPOSED: **5/25/2007**   DATE DUE OUT:

SPECIAL INSTRUCTIONS:
2 OFFICERS AT ALL TIMES LEG IRON
HANDCUFF

### REASON FOR CELL ASSIGNMENT

| | REASON | | |
|---|---|---|---|
| [ ] | ADMINISTRATIVE | [ ] | MEDICAL |
| [X] | OWN PROTECTION | [ ] | MENTAL |
| [X] | PROTECTION OF OTHERS | [ ] | UNIVERSAL PRECAUTION |
| [ ] | ASSAULTIVE | [ ] | OTHER |
| [ ] | ESCAPE RISK | | |
| [ ] | DISCIPLINARY | | |

IN THE OFFICER BLOCK, THE INSPECTING OFFICER WILL PRINT THEIR LAST NAME.
**ALL ENTRIES WILL BE PRINTED**

| DATE: | 4-5 | 4-5 | 4-5 | 4-6 | 4-6 | 4-6 | 4-6 |
|---|---|---|---|---|---|---|---|
| TIME: | 1030 | 1500 | 7001 | 0025 | 0458 | 09:30 | 1358 |
| OFFICER: | 9112 | DAVIS | Crowder | AS | AS | Harden | CS |
| DATE: | 4-5 | 4-5 | 4-5-08 | 4-6 | 4-6 | 4-6 | 4-6 |
| TIME: | 11:00 | 1632 | 2030 | 0056 | 0531 | 0958 | 1432 |
| OFFICER: | STOUT | DAVIS | G. Allen | AS | Bowser | CS | Harden |
| DATE: | 4-5 | 4-5 | 4-5 | 4-6 | 4-6 | 4-6 | 4-6-08 |
| TIME: | 11:30 | 16:07 | 2100 | 0129 | 0601 | 10:30 | 1502 |
| OFFICER: | STOUT | DAVIS | Beasley | AS | Bowser | Harden | C.Allen |
| DATE: | 4-5 | 4-5 | 4-5 | 4-6 | 4-6 | 4-6 | 4-6 |
| TIME: | 11:53 | 1625 | 2130 | 0158 | 0633 | 1102 | 1604 |
| OFFICER: | Milligan | Beasley | Beasley | AS | Bowser | CS | McG11 |
| DATE: | 4-5 | 4-5-08 | 4-5 | 4-6 | 4-6 | 4-6 | 4-6 |
| TIME: | 12:31 | 1704 | 2156 | 0236 | 0700 | 1132 | 1636 |
| OFFICER: | STOUT | G. Allen | Crowder | Horsend | eltaller | CS | McG11 |
| DATE: | 4-5 | 4-5 | 4-5-08 | 4-6 | 4-6 | 4-6 | 4-6-08 |
| TIME: | 13:01 | 1730 | 2231 | 0259 | 0730 | 1200 | 1703 |
| OFFICER: | STOUT | Beasley | G.Allen | Bowser | Ken | CS | GAM9 |
| DATE: | 4-5 | 4-5 | 4-5 | 4-6 | 04/06 | 4-6 | 4-6 |
| TIME: | 13:30 | 1755 | 2300 | 0335 | 0750 | 1235 | 1742 |
| OFFICER: | STOUT | Beasley | Bowser | Bowser | Ken | CS | McG11 |
| DATE: | 4-5 | 4-5 | 4-5 | 4-6 | 4-6 | 4-6 | 4-6 |
| TIME: | 14:00 | 1825 | 2329 | 0405 | 0829 | 1300 | 1818 |
| OFFICER: | STOUT | Beasley | AS | Bowser | eltaller | CS | McG11 |
| DATE: | 04/05 | 4-5 | 4-5 | 4-6 | 4-6 | 4-6 | 4-6 |
| TIME: | 1433 | 1900 | 2354 | 0450 | 0900 | 1330 | 1831/195 |
| OFFICER: | KS | Beasley | AS | AS | eltaller | CS | McG11 |

# SMITH COUNTY SHERIFF DEPARTMENT
## JAIL DIVISON
### ADMINISTRATIVE SEGREGATION INSPECTION

**CELL: 306**

INMATE NAME:

**MAYS, RANDAL**

IMPOSING AUTHORITY:

**SGT FITE**

DATE IMPOSED: | DATE DUE OUT:

**5/25/2007**

SPECIAL INSTRUCTIONS:

**MEDICAL**

Court

REASON FOR CELL ASSIGNMENT

- [ ] ADMINISTRATIVE
- [X] OWN PROTECTION
- [X] PROTECTION OF OTHERS
- [ ] ASSAULTIVE
- [ ] ESCAPE RISK
- [ ] DISCIPLINARY
- [ ] MEDICAL
- [ ] MENTAL
- [ ] UNIVERSAL PRECAUTION
- [ ] OTHER

IN THE OFFICER BLOCK, THE INSPECTING OFFICER WILL PRINT THEIR LAST NAME.
**ALL ENTRIES WILL BE PRINTED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE: | 3-24-08 | 3-24 | 3-25 | 3-25 | 3-25 | 3.25 | 3-25 |
| TIME: | 1377 | 1956 | 0031 | 0432 | 0807 | 1230 | 1632 |
| OFFICER: | McGill | Lewis | M. Schm | a Davis | Donnell | Williams | McGill |
| DATE: | 3-24 | 3-24 | 3-25 | 3-25 | 3-25 | 3-25 | 3-25 |
| TIME: | 1600 | 2029 | 0110 | 0505 | 0826 | 1305 | 1659 |
| OFFICER: | E Price | McGill | A Davis | a Davis | Donnell | Williams | Lewis |
| DATE: | 3-24 | 3-24 | 3-25 | 3-25 | 3-25 | 525 | 3-25 |
| TIME: | 1630 | 2108 | 0135 | 0530 | 0900 | 1337 | 1724 |
| OFFICER: | McGill | E Price | a Davis | a Davis | | Wyatt | TG |
| DATE: | 3-24 | 3-24 | 3-25 | 3.25 | 3.25 | 3-25-08 | 3-25 |
| TIME: | 1702 | 2109 | 0159 | 0600 | 0930 | 1400 | 1757 |
| OFFICER: | McGill | Davis | M. Schm | a Davis | Williams | GL | TG |
| DATE: | 3-24 | 3-24 | 3-25 | 3-25 | 3-25 | 3 25 | 3-25 |
| TIME: | 1731 | 2200 | 0207 | 0630 | 1000 | 1413 | 1850 |
| OFFICER: | G Allen | G Allen | a Davis | a Davis | Williams | Molin | G Allen |
| DATE: | 3-24 | 3-24 | 3-25 | 3-25 | 3.25 | 3-25 | 3-25 |
| TIME: | 1802 | 2230 | 0235 | 0700 | 1033 | 1428 | 1900 |
| OFFICER: | G Allen | G Allen | A Davis | Williams | Williams | Donnell | G Allen |
| DATE: | 3-24 | 3-24 | 3-25 | 3-25 | 3.25 | 3-25 | 3-25 |
| TIME: | 1830 | 2259 | 0300 | 0700 | 1059 | 1501 | 1929 |
| OFFICER: | G Allen | Bowser | M. Schm | SGT Allen | Williams | McGee | TG |
| DATE: | 3-24 | 3-24 | 3-25 | 3-25-08 | 3-25 | 3-25 | 3-25 |
| TIME: | 1901 | 2330 | 0335 | 771 | 1135 | 1529 | 1954 |
| OFFICER: | G Allen | GH | a Davis | TH | Williams | TG | McGee |
| DATE: | 3-24 | 3-25 | 3-25 | 3-25 | 3-25 | 3-25 | 3-25 |
| TIME: | 1933 | 0001 | 0405 | 0803 | 1155 | 1600 | 2005 |
| OFFICER: | E Price | M. Schm | a Davis | man | Williams | Begley | McGee |

# SMITH COUNTY SHERIFF DEPARTMENT
## JAIL DIVISON
### ADMINISTRATIVE SEGREGATION INSPECTION

**CELL: 306**

INMATE NAME:

**MAYS, RANDAL**

IMPOSING AUTHORITY:

**SGT FITE**

DATE IMPOSED: **5/25/2007**    DATE DUE OUT:

SPECIAL INSTRUCTIONS:

**MEDICAL**

REASON FOR CELL ASSIGNMENT

- [ ] ADMINISTRATIVE
- [X] OWN PROTECTION
- [X] PROTECTION OF OTHERS
- [ ] ASSAULTIVE
- [ ] ESCAPE RISK
- [ ] DISCIPLINARY
- [ ] MEDICAL
- [ ] MENTAL
- [ ] UNIVERSAL PRECAUTION
- [ ] OTHER

IN THE OFFICER BLOCK, THE INSPECTING OFFICER WILL PRINT THEIR LAST NAME.
**ALL ENTRIES WILL BE PRINTED**

| DATE: | 4-10 | 4-10 | 4-11 | 4-11 | 4-11 | 4-11 | 4-11 |
|---|---|---|---|---|---|---|---|
| TIME: | 1800 | 2232 | 0302 | 0231 | 1232 | 1531 | 2203 |
| OFFICER: | Beasley | Crowder | NSelf | b/Kelley | Milby | Crowder | Crowder |
| DATE: | 4-10 | 4-10 | 4-11 | 4-11 | 4-11 | 4-11 | 4-11 |
| TIME: | 1829 | 2304 | 0350 | 8:00 | 1303 | 1633 | 2050 |
| OFFICER: | 3Kelts | NSelf | AS | Stout | Wyatt | DAVIS | McGill |
| DATE: | 4-10 | 4-10 | 4-11 | 4-11 | 4-10 | 4-11 | 4-11 |
| TIME: | 1916 | 2335 | 0420 | 0829 | 1330 | 18:12 | 2300 |
| OFFICER: | 3Kelts | AS | AS | Milby | Wyatt | Crowder | Kim |
| DATE: | 4-10 | 4-10 | 4-11 | 4-10 | 4-11 | 4-11 | 4-11 |
| TIME: | 1931 | 0003 | 0437 | 0903 | 1402 | 1902 | 2313 |
| OFFICER: | Beasley | NSelf | NSelf | Milby | Wyatt | Crowder | Sgt Johns |
| DATE: | 4-10 | 4-10 | 4-11 | 4-11 | 4-11 | 4-11 | 4-11 |
| TIME: | 1957 | 0030 | 0500 | 1002 | 1431 | 1936 | 2326 |
| OFFICER: | 3Kelts | NSelf | AS | Wyatt | Wyatt | AJones | |
| DATE: | 4-10 | 4-10 | 4-11 | 4-11 | 4-11 | 4-11 | 4-12 |
| TIME: | 2030 | 0100 | 0527 | 1006 | 1442 | 2023 | 0000 |
| OFFICER: | 3Kelts | AS | AS | Moline | Moline | Crowder | Kim |
| DATE: | 4-10 | 4-10 | 4-11 | 4-11 | 4-11 | 4-11 | 4-12 |
| TIME: | 2104 | 0132 | 0558 | 1031 | 15:01 | 2046 | 0029 |
| OFFICER: | Crowder | NSelf | NSelf | BD | DAVIS | Crowder | AS |
| DATE: | 4-10 | 4-10 | 4-11 | 4-11 | 4-11 | 4-11 | 4-12 |
| TIME: | 2130 | 0217 | 0641 | 1113 | 1536 | 2134 | |
| OFFICER: | 3Kelts | AS | NSelf | Moline | DAVIS | McGill | Kim |
| DATE: | 4-10 | 4-10 | 4-11 | 4-11 | 4-11 | 4-11 | 4-12 |
| TIME: | 2157 | 0229 | 0200 | | 4:11 | 2159 | |
| OFFICER: | Crowder | AS | b/Kelley | Wyatt | DAVIS | Crowder | Kim |

# SMITH COUNTY SHERIFF DEPARTMENT
## JAIL DIVISON
## ADMINISTRATIVE SEGREGATION INSPECTION

**CELL: 306**

INMATE NAME:

**MAYS, RANDAL**

IMPOSING AUTHORITY:

**SGT FITE**

DATE IMPOSED: **5/25/2007**  DATE DUE OUT:

SPECIAL INSTRUCTIONS:
**MEDICAL**

REASON FOR CELL ASSIGNMENT

- [ ] ADMINISTRATIVE
- [X] OWN PROTECTION
- [X] PROTECTION OF OTHERS
- [ ] ASSAULTIVE
- [ ] ESCAPE RISK
- [ ] DISCIPLINARY
- [ ] MEDICAL
- [ ] MENTAL
- [ ] UNIVERSAL PRECAUTION
- [ ] OTHER

IN THE OFFICER BLOCK, THE INSPECTING OFFICER WILL PRINT THEIR LAST NAME.
**ALL ENTRIES WILL BE PRINTED**

| DATE: | 4-8 | 4-8 | 4-8-8 | 4-8-08 | 4-8 | 4-9 | 4-9 |
|---|---|---|---|---|---|---|---|
| TIME: | 0400 | 8.30 | 1210 | 1624 | 2102 | 0201 | 0721 |
| OFFICER: | LH | vlw | JD 610 | Harwell | mills | AS | Molino |
| DATE: | 4-8 | 4-8 | 4-8 | 4-8-08 | 4-8 | 4-9 | 4-8-8 |
| TIME: | 0430 | 9:03 | 1300 court | 1700 | 2134 | 0238 | 770 |
| OFFICER: | LH | Stout | Donnell | mills | m.lls | AS | JD Co |
| DATE: | 4-8 | 4-8 | 4-8-08 | 4-8-08 | 4-8 | 4-9 | 4-9 |
| TIME: | 0508 | 09:30 | 1330 | 1734 | 2240 | 0301 | 0508 |
| OFFICER: | Bowser | vlw | JD co | Harwell | Harwell | AS | |
| DATE: | 4-8 | 4-8 | 4-8 | 4-8 | 4-8 | 4-9 | 4-9-8 |
| TIME: | court com | 0937 | 1408 | 1756 | 2303 | 0331 | |
| OFFICER: | JB | Molino | Donnew | Beasley | AO | AS | JD Co |
| DATE: | 4-8 | 4-8 | 4-8-8 | 4-8 | 4-8 | 4-9 | 4-9 |
| TIME: | court | 10:00 | 1430 | 1824 | 2338 | 0358 | |
| OFFICER: | LH | vlw | JD Co | Harwell | AS | AS | |
| DATE: | 4-8 | 4-8-8 | 4-8 | 4-8 | 4-8 | 4-9 | 4-9 |
| TIME: | court 630 | 10:30 | 1446 | 1855 | 2056 | 0434 | |
| OFFICER: | FH | | Molino | Harwell | AS | | |
| DATE: | 4-8 | 4-8 | 4-8 | 4-8 | 4-8 | 4-9 | 4-9-8 |
| TIME: | 7:01 | 1108 | 1500 court | 1930 | 0027 | 0454 | 958 |
| OFFICER: | Stout | vlw | Harwell | Harwell | AS | Howard | JD |
| DATE: | 4-8 | 4-8 | 4-8 court | 4-8 | 4-8 | 4-9 | 4-9 |
| TIME: | 7.29 | 1130 | 1528 | 2003 | 0103 | 0607 | 1034 |
| OFFICER: | Stout court | vlw | Harwell | Harwell | Howard | Hanna | |
| DATE: | 4-8 | 4-8-8 | 4-8 | 4-8 | 4-9 | 4-9 | 4-9-8 |
| TIME: | 8:00 | 1200 | 1400 court | 2032 | 4-9 | | |
| OFFICER: | Hylw | JD | Harwell | mills | Hanna | | 198 |



# SMITH COUNTY SHERIFF DEPARTMENT
## JAIL DIVISON
### ADMINISTRATIVE SEGREGATION INSPECTION

**CELL: 306**

INMATE NAME:

## MAYS, RANDALL

IMPOSING AUTHORITY:

## SGT. FITE

DATE IMPOSED: | DATE DUE OUT:

**5/25/2007**

SPECIAL INSTRUCTIONS:
2 OFFICERS AT ALL TIMES LEG IRON
HANDCUFF

REASON FOR CELL ASSIGNMENT

| | | | |
|---|---|---|---|
| [ ] ADMINISTRATIVE | | [ ] MEDICAL | |
| [X] OWN PROTECTION | | [ ] MENTAL | |
| [X] PROTECTION OF OTHERS | | [ ] UNIVERSAL PRECAUTION | |
| [ ] ASSAULTIVE | | [ ] OTHER | |
| [ ] ESCAPE RISK | | | |
| [ ] DISCIPLINARY | | | |

IN THE OFFICER BLOCK, THE INSPECTING OFFICER WILL PRINT THEIR LAST NAME.
**ALL ENTRIES WILL BE PRINTED**

| DATE: | 4-4 | 4-4-08 | 4-4 | 4-4 | 4-4 | 4-5 | 4-5 |
|---|---|---|---|---|---|---|---|
| TIME: | 0102 | 0529 | 10:00 | 1432 | 1940 | 0139 | 0606 |
| OFFICER: | Adavis | Kdons | STout | CS | MCGill | Kdm | Kdm |
| DATE: | 4-4 | 4-4-08 | 4-4 | 4-4 | 4-4 | 4-5 | 4-5 |
| TIME: | 0130 | 0602 | 1035 | 1504 | 2034 | 0206 | 0634 |
| OFFICER: | adavis | Kdons | CS | MCGill | MCGill | Kdm | Bowser |
| DATE: | 4-4 | 4-4 | 4-4 | 4-4 | 4-4 | 4-5 | 4-5 |
| TIME: | 0203 | 0630 | 1132 | 1526 | 2113 | 0232 | 0655 |
| OFFICER: | adavis | adavis | CS | Crowder | MCGill | Kdm | Mulbyn |
| DATE: | 4-4-08 | 4-4 | 4-4 | 4-4 | 4-4 | 4-5 | 4-8 |
| TIME: | 0231 | 0700 | 1200 | 1534 | 2210 | 0237 | 0734 |
| OFFICER: | Kdons | um | CS | Worthy | MCGill | Nsels | B |
| DATE: | 4-4 | 4-4 | 4-4 | 4-4 | 4-4 | 4-5 | 4-8 |
| TIME: | 0300 | 7:36 | 1232 | 1609 | 2286 | 0303 | 0405 |
| OFFICER: | aDavis | STout | CS | Crowder | Bowser | Kdm | KS |
| DATE: | 4-4 | 4-4 | 4-4 | 4-4 | 4-4 | 4-5 | 4-5 |
| TIME: | 0328 | 0800 | 1248out vst | 1645 | 2328 | 0335 | 0629 |
| OFFICER: | adavis | MOlino | CS | MCGill | Bowser | Kdm | B |
| DATE: | 4-4 | 4-4 | 4-4 | 4-4 | 4-5 | 4-5 | 4-5 |
| TIME: | 0355 | 8:30 | 1302 | 1737 | 0001 | 0400 | 0630 |
| OFFICER: | adavis | STout | CS | Crowder | Nsels | Kdm | EB |
| DATE: | 4-4 | 4-4 | 4-4 | 4-4 | 4-5 | 4-5 | 4-5 |
| TIME: | 0428 | 0902 | 1328 | 1810 | 0031 | 0459 | 0932 |
| OFFICER: | adavis | CS | CS | Crowder | Nsels | Kdm | EB |
| DATE: | 4-4 | 4-4 | 4-4 | 4-4 | 4-5 | 4-5 | 4-5 |
| TIME: | 0500 | 0929 | 1407 | 1876 | 0559 | 0534 | 10:999 |
| OFFICER: | Harris | CS | CS | MCGill | Kdm | Bowen | STout |

# SMITH COUNTY SHERIFF DEPARTMENT
## JAIL DIVISON
### ADMINISTRATIVE SEGREGATION INSPECTION

**CELL: 306**

| INMATE NAME: | REASON FOR CELL ASSIGNMENT |
|---|---|

**MAYS, RANDALL**

IMPOSING AUTHORITY:

**SGT. FITE**

| DATE IMPOSED: | DATE DUE OUT: |
|---|---|
| 5/25/2007 | |

SPECIAL INSTRUCTIONS:

2 OFFICERS AT ALL TIMES LEG IRON

HANDCUFF

Reason for cell assignment:
- [ ] ADMINISTRATIVE
- [X] OWN PROTECTION
- [X] PROTECTION OF OTHERS
- [ ] ASSAULTIVE
- [ ] ESCAPE RISK
- [ ] DISCIPLINARY
- [ ] MEDICAL
- [ ] MENTAL
- [ ] UNIVERSAL PRECAUTION
- [ ] OTHER

IN THE OFFICER BLOCK, THE INSPECTING OFFICER WILL PRINT THEIR LAST NAME.
**ALL ENTRIES WILL BE PRINTED**

| DATE: | 2-4-8 | 4-2 | 4-2 | 4-3 | RXS 4-3 | 4-3 | 4-3 |
|---|---|---|---|---|---|---|---|
| TIME: | 1100 | 1527 | 2130 | 0155 | 047 0700 | 1500 | 2032 |
| OFFICER: | JH | Beasley/Court | Dickard | M. Johnson | RB | Christian | E Rios |
| DATE: | 4-2 | 4-2 | 4-2 | 4-3 | 4-3 | 4-3 | 4-3-08 |
| TIME: | 1130 court | 1700 | 2200 | 0228 | 04 0730 | 1530 | 2100 |
| OFFICER: | a | Dickard | G Allen | M. Johnson | RXS RB | E Rios | J Sams |
| DATE: | 4-2 | 4-2 | 4-2 | 4-3 | 4-3-08 | 4-3 | 4-3 |
| TIME: | 1201 court | 1802 | 2230 | 0258 | 0751 | 1659 | 2130 |
| OFFICER: | a | Beasley | Dickard | a davis | Molin | E Rios | E Rios |
| DATE: | 4-2-8 | 4-2 | 4-2 | 4-3 | 4-3 Co | 4-3 | 4-3-08 |
| TIME: | 1300 | 1830 | 2300 | 0335 | 0831 | 1726 | 2156 |
| OFFICER: | JH court | G Allen | JH | C davis | RB | A Jones | J Sams |
| DATE: | 4-2-8 | 4-2 | 4-2 | 4-3 | 4-3 court | 4-3 08 | 4-3-08 |
| TIME: | 1330 | 1900 | 2353 | 0359 | 0857 | 1800 | 2233 |
| OFFICER: | JH court | G Allen | M. Johnson | a Davis | Milligan | J Sams | E Rios |
| DATE: | 4-2-8 | 4-2 | 4-2 | 4-3 | 4-3 | 4-3 | 4-3 |
| TIME: | 1400 | 1928 | 0002 | 0429 | 1328 court | 1833 | 2300 |
| OFFICER: | JH | Beasley | M. Johns | a davis | Milligan | E Rios | Kilm |
| DATE: | 4-2-8 | 4-2 | 43 | 4-3 | 4-3 court | 4-3-08 | 4-3 |
| TIME: | 1430 | 2002 | 0030 | 0457 | 1400 court | 1905 | 2332 |
| OFFICER: | JH | G Allen | C davis | M. Johnson | RB | J Sams | a davis |
| DATE: | court | 4-2 | 4-3 | 4-3 | 4-3 | 4-3 | 4-4 |
| TIME: | 1443 | 2032 | 0100 | 0532 | 1432 court | 1931 | 0000 |
| OFFICER: | Molin | G Allen | C davis | a davis | RB | E Rios | Harris |
| DATE: | 4-2-08 | 4-2 | 4-3 | 4-3 | 4-3 | 4-3 | 4-4 |
| TIME: | 1504 | 2100 | 0133 | 0656 | 1441 court | 2004 | 0030 |
| OFFICER: | Beasley/Court | Dickard | C davis | JH | Molin | | Harris |

200

# SMITH COUNTY SHERIFF DEPARTMENT
## JAIL DIVISON
### ADMINISTRATIVE SEGREGATION INSPECTION

**CELL: 306**

INMATE NAME:

**MAYS, RANDAL**

IMPOSING AUTHORITY:

**SGT FITE**

DATE IMPOSED: **5/25/2007**   DATE DUE OUT:

SPECIAL INSTRUCTIONS:

**MEDICAL**

REASON FOR CELL ASSIGNMENT

- [ ] ADMINISTRATIVE
- [X] OWN PROTECTION
- [X] PROTECTION OF OTHERS
- [ ] ASSAULTIVE
- [ ] ESCAPE RISK
- [ ] DISCIPLINARY
- [ ] MEDICAL
- [ ] MENTAL
- [ ] UNIVERSAL PRECAUTION
- [ ] OTHER

IN THE OFFICER BLOCK, THE INSPECTING OFFICER WILL PRINT THEIR LAST NAME.
**ALL ENTRIES WILL BE PRINTED**

| DATE: | 4-9 | 4-9 | 4-9 | 4-10 | 4-10 | 4-10 | 4-10 |
|---|---|---|---|---|---|---|---|
| TIME: | 1130 | 1525 | 2012 | 0030 | 0509 | 0910 | 13:27 |
| OFFICER: | St Co | Beasly/Court | Beasly | LH | LH | Milly | STOUT |
| DATE: | 4-9 | 4-9 | 4-9 | 4-10 | 4-10 | 4-10 | 4-10 |
| TIME: | 1226 | 1557 | 2030 | 0100 | 0530 | 0936 | 14:00 |
| OFFICER: | Cash | Stella/Court | Stella | LH | Jac Court | Milly | STOUT Court |
| DATE: | 4-9 | 4-9 | 4-9 | 4-10 | 4-10 | 4-10 | 4-10 |
| TIME: | 1200 | 1625 | 2101 | 0130 | 0100 Court | 1000 | 1430 |
| OFFICER: | M | Stella | Stella | LH | Milton | Milly | St Co |
| DATE: | 4-9-08 | 4-9 | 4-9 | 4.10 | 4.10 | 4-10 | 4-10 |
| TIME: | 1251 | 1655 | 2145 | 0200 | 0030 | 1225 Court | 1500 |
| OFFICER: | OT | Stella | Stella | LH | Milton | RS | BB/Court |
| DATE: | 4-9-08 | 4-9 | 4-9 | 4-10 | 4-10 | 4-10 Court | 4-10 |
| TIME: | 1335 | 1737 | 2151 | 0228 | 0650 Court | 10 a.m. | 1530 |
| OFFICER: | Cu | Lowery | Lowery | LH | Milly | RS | BB/Court |
| DATE: | 4-9 | 4-9 | 4-9 | 4-10 | 4-10 | 4-10 | 4-10 |
| TIME: | 1300 | 1808 | 2208 | 0254 | 0723 Co | 1130 Court | 1557 |
| OFFICER: | St Co | Lowery | Beasly | LH | Milton Court | RS | BB/Court |
| DATE: | 4-9 | 4-9 | 4-9 | 4-10 | 4-10 | 4-10 | 4-10 |
| TIME: | 1430 | 1826 | 2300 | 0330 | 0733 Court | 12:00 | 1630 |
| OFFICER: | St Co | Beasly | LH | LH | Milly | STOUT | Beasly |
| DATE: | 4-9 | 4-9 | 4-9 | 4-10 | 4-10 | 4-10 | 4-10 |
| TIME: | 1442 | 1910 | 2333 | 0400 | 0812 | 12:33 | 170 |
| OFFICER: | Mcla | Beasly | Milton | LH | Milly | St Court | Beasly |
| DATE: | 4-9 | 4-9 | 4-10 | 4-10 | 4-10 | 4-10 Court | 4-10 |
| TIME: | 1458 | 1430 | 0000 | 0475 | Court | 1200 | 1734 |
| OFFICER: | Beasly/Court | Stella | LH | Keone | RS | RS | Stella |

# SMITH COUNTY SHERIFF DEPARTMENT
## JAIL DIVISON
## ADMINISTRATIVE SEGREGATION INSPECTION

**CELL: 306**

INMATE NAME:

**MAYS, RANDAL**

IMPOSING AUTHORITY:

**SGT FITE**

DATE IMPOSED: **5/25/2007**  DATE DUE OUT:

SPECIAL INSTRUCTIONS:
**MEDICAL**

REASON FOR CELL ASSIGNMENT

- [ ] ADMINISTRATIVE
- [X] OWN PROTECTION
- [X] PROTECTION OF OTHERS
- [ ] ASSAULTIVE
- [ ] ESCAPE RISK
- [ ] DISCIPLINARY
- [ ] MEDICAL
- [ ] MENTAL
- [ ] UNIVERSAL PRECAUTION
- [ ] OTHER

IN THE OFFICER BLOCK, THE INSPECTING OFFICER WILL PRINT THEIR LAST NAME.
**ALL ENTRIES WILL BE PRINTED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE: | 3-22-08 | 3.22.08 | 3-22 | 3-22-08 | 32208 | 3-22 | 3-22 |
| TIME: | 0327 | 0707 | 1730 | 1700 | 2125 | 0156 | 662 |
| OFFICER: | L Fields | Sangster | Milhs | S.A | S.A | Bowser | Howard |
| DATE: | 3-22 | 3-22 | 3-22 | 3-22-08 | 32208 | 3-22 | 3-22 |
| TIME: | 0359 | 0733 | 1300 | 1735 | 2205 | 0229 | 0636 |
| OFFICER: | L Fields | RB | OKeller | S.A | S.A | Bowser | Bowser |
| DATE: | 3-22 | 3-22 | 3-22 | 3-22-08 | 22-08 | 3-23 | 3-29 |
| TIME: | 0426 | 0756 | 1322 rev | 1800 | 2236 | 0343 | 0700 |
| OFFICER: | L Fields | RB | Milhs | S.A | OCU | SitTilman | OKelley |
| DATE: | 3-22 | 3-22 | 3-22 | 3-22 | 22-08 | 3-23 | 3-27 |
| TIME: | 0458 | 0837 | 1402 | 1832 | 2256 | 0259 | 0731 |
| OFFICER: | Bowser | RB | Milhs | McGee | Bowser | Bowser | a |
| DATE: | 3-22 | 3-22 | 3-22 | 3-22 | 3-22 | 3-23 | 3-28 |
| TIME: | 0526 | 0854 | 1433 | 1903 | 2331 | 0331 | 0800 |
| OFFICER: | L Fields | RB | Milhs | McGee | Bowser | Bowser | a |
| DATE: | 3-22 | 3-22 | 3-22-08 | 3-22-08 | 3-22 | 3-23 | 3-23 |
| TIME: | 0607 | 0945 | 1508 | 1929 | 2359 | 0359 | 0829 |
| OFFICER: | L Fields | RB | S.A | S.A | Bowser | Bowser | Milhs |
| DATE: | 3-22 | 3-22 | 3.2208 | 22-08 | 3-23 | 3-23 | 3-29 |
| TIME: | 0676 | 1005 | 1529 | 2015 | 0035 | 0434 | 0888 |
| OFFICER: | Bowser | RB | McGee | Crowder | Horan | Bowser | OKelley |
| DATE: | 3-22 | 3-22 | 3.2208 | 22-08 | 3-23 | 3-23 | 3-23 |
| TIME: | 0700 | 1030 | 1601 | 2030 | 0055 | 0502 | 0906 |
| OFFICER: | OKelley | a | McGee | Crowder | Bowser | Bowser | SolB |
| DATE: | 3-22 | 3-22 | 3-2208 | 22-08 | 3-23 | 3-23 | 3-22 |
| TIME: | 0704 | 1115 | 1630 | 2103 | 0131 | 0528 | 0998 |
| OFFICER: | RB | RB | S.A | OCU | Bowser | Bowser | jakogara |

# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: Randall W. Mays     Cell: 307     Date: MAR/7/

- ☐ Grievance
- ☐ Classification
- ☐ Commitments
- ☐ Court Service:
- ☐ Indigent
- ☑ Other

Nature of Request: I would like an exstendid visit with Darrel Crocker on Tuesday he is my brother. Thank You. He should be here on Tuesday March 11 2008

_Randall W Mays_
**Inmate Signature**

Action taken on Request:

This matter has been addressed.

_M. Snell_
**Officer's Signature**

3-14-08
**Date**

203



# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: Randall W. Maup          Cell: 307   Date: Mar 3 08

☐ Grievance          ☐ Classification          ☐ Commitments          ☐ Court Services

☐ Indigent           ☑ Other

Nature of Request: The bed or rack in my cell is broken and needs to be welded. It causes my back to hurt.

Randall Maup
**Inmate Signature**

Action taken on Request: Maintenance notified.

Sgt. Sangster
**Officer's Signature**

3.4.08
Date

204



# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: Randall W. Mays     Cell: 30_     Date: Feb/27/08

☐ Grievance  ☐ Classification  ☐ Commitments  ☐ Court Services
☐ Indigent  ☑ Other

Nature of Request: I need a hair cut and a shave
I would like to get a hair cut.

_Randall Mays_
**Inmate Signature**

Action taken on Request: Hair cut on 2-29-08

_Jeff Woods_
**Officer's Signature**

2-29-08
**Date**

205

# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: Randall W. Mays

Cell: 306      Date: MAR 16 20___

☐ Grievance      ☐ Classification      ☐ Commitments      ☐ Court Services
☐ Indigent       ☑ Other

Nature of Request: There is NO hot water in the shower and I have a sore throat. I Need hot water.

Also I need to use the telephone

_Randall W. Mays_
**Inmate Signature**

Action taken on Request: Maintenance notified. Your request is denied on the use of phone.

_Sgt. Sangster_
**Officer's Signature**

3.22.08
Date

206




# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: _Randall W. Mays_          Cell: _307_     Date: _Feb 23 2008_

☐ Grievance        ☐ Classification      ☐ Commitments      ☐ Court Services
☐ Indigent         ☑ Other

Nature of Request: _I would like to speak with Dr. Vail_

_Randall W Mays_
**Inmate Signature**

Action taken on Request: _You need to put request on a medical sick call sheet_

_(signature)_
**Officer's Signature**                    2·24·08
                                           **Date**




# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: Randall W. Mays                    Cell: 307    Date: Feb/22/08

☐ Grievance          ☐ Classification         ☐ Commitments        ☐ Court Services

☐ Indigent           ☑ Other

Nature of Request: Lt. Scott I had commisary ordered Tuesday and again Thursday. Why did I not get any commisary on that day or the following date.

_Randall W Mays_
**Inmate Signature**

Action taken on Request: You received loss of Commissary for 7-days starting 2-20-08 for inmate violation SEC A art #1 you will be off restriction this week.

## ORIGN I/F - COPY I/M

_Lt Scott_
**Officer's Signature**                    2-25-08
                                           **Date**



# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: Randall W. Mays          Cell: 307     Date: Mar. 3 08

☐ Grievance        ☐ Classification       ☐ Commitments        ☐ Court Services

☐ Indigent         ☑ Other

Nature of Request: The bed or rack in my cell is broken and needs to be welded. It causes my back to hurt.

Randall Mays
**Inmate Signature**

Action taken on Request: Maintenance notified.

Sgt. Sangster
**Officer's Signature**

3.4.08
Date

209



# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: _Randall W. Mays_          Cell: _307_     Date: _Feb 27 08_

☐ Grievance          ☐ Classification        ☐ Commitments        ☐ Court Services

☐ Indigent           ☒ Other

Nature of Request: _I need a hair cut and a shave_
_I would like to get a hair cut._

_Randall Mays_
**Inmate Signature**

Action taken on Request: _Hair cut on 2-29-08_

_Self Woods_
**Officer's Signature**

_2-29-08_
**Date**

210

 

# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: Randall W. Mays          Cell: 307     Date: Feb 11 08

☐ Grievance      ☐ Classification     ☐ Commitments     ☐ Court Services
☐ Indigent       ☑ Other

Nature of Request: I would Like to shave and get my hair cut.

I have requested a Low carb Diet because of my stumach

Can I get a Medical request Form

_Randall W. Mays_
**Inmate Signature**

Action taken on Request: Razors are ~~passout~~ passed out on Sundays and Wednesday.

_Sgt. Sampter_
**Officer's Signature**

2.12.08
**Date**

211



# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: Randall W. Mays          Cell: 307      Date: Feb 08

☐ Grievance        ☐ Classification      ☐ Commitments       ☐ Court Services
☐ Indigent         ☐ Other



Nature of Request: I need to use the telephone - Please Thank You

_Randall W Mays_
**Inmate Signature**

Action taken on Request: Your request is denied at this time.

_Sgt. Sampson_
**Officer's Signature**                    2·12·08
                                            Date

212

# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: Rodell W Mof                              Cell: 307    Date: Feb 208

- [ ] Grievance
- [ ] Classification
- [ ] Commitments
- [ ] Court Services
- [ ] Indigent
- [ ] Other

Nature of Request: I Need to use the telephone

_Rodell W Mof_
Inmate Signature

Action taken on Request: Your request is denied at this time.

_Sgt. Sampster_
Officer's Signature

2·12·08
Date

213



# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: Randall W Mays                    Cell: 307    Date: Feb 10 200

☐ Grievance        ☐ Classification        ☐ Commitments        ☐ Court Services

☐ Indigent         ☑ Other

Nature of Request: I need to use the telephone

I have requested a low carb diet because of my stomach

_Randall W. Mays_
**Inmate Signature**

Action taken on Request: Your request is denied at this time. Phones are provided on the floor.

_Sgt Sangster_
**Officer's Signature**                    2·12·08
                                           **Date**

214



# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: Randall W. Mays                    Cell: 307    Date: Jan 20 2007

☐ Grievance          ☐ Classification          ☐ Commitments          ☐ Court Services

☐ Indigent           ☑ Other

Nature of Request: I need to go to the library to get Tax Form Infor.
I need to prepare my taxes (10.40. and Property Tax)

2 I need Medication

_Randall W. Mays_
**Inmate Signature**

Action taken on Request: _inmate refused 2/12/08_

_(Officer's Signature)_
**Officer's Signature**

2-12-08   215
**Date**

# SMITH COUNTY SHERIFF'S DEPARTMENT

### JAIL DIVISION

**INMATE REQUEST FORM**

137207                                                                   307

Name: Randall W Mays                          Cell: 307        Date: Dec 13 200

☐ Grievance          ☐ Classification          ☐ Commitments          ☐ Court Services

☐ Indigent          ☑ Other

Nature of Request: They have deducteefed Funds From my account Fraudgently for Medication, about $50.00

_Randall Mays_
**Inmate Signature**

Action taken on Request:

We only charge what The clinic sends us

_[signature]_
**Officer's Signature**                                   12/17/07
                                                          Date        216

```
12/12/07          INMATE ACCOUNT LEDGER              PAGE  4

00 #: 157109   Name: HAYS, RANDALL WAYNE          Page 1


                                          AMOUNT    AMOUNT
     DATE     DESCRIPTION                 SPENT     RECEIVED
     05/27/07  VISITATION: WESTERN UNION             100.00
               09-054-2616*
     05/08/07  MID-STATES: Imported From    75.09
               Mid-States Services
     06/11/07  MID-STATES: Imported From     7.41
               Mid-States Services
     06/11/07  BOOK: CASH TAKEN IN BOOKIN            5.00
     06/13/07  MEDICAL: 1 MONTHLY PRESC ON 6/01/07    3.00
     06/15/07  VISITATION: U S POSTAL              100.00
               MO#09727693003
     06/19/07  MID-STATES: Imported From    77.82
               Mid-States Services
     06/25/07  MID-STATES: Imported From    25.33
               Mid-States Services
     06/26/07  MID-STATES: Imported From     5.43
               Mid-States Services
     06/29/07  VISITATION: FRANKLIN BANK MO#018920   100.00
     07/02/07  MID-STATES: Imported From    46.09
               Mid-States Services
     07/02/07  MEDICAL: 1 MONTHLY PRESC ON 7/01/07    3.00
     07/09/07  MID-STATES: Imported From    15.80
               Mid-States Services
     07/11/07  MID-STATES: Imported From     8.65
               Mid-States Services
     07/13/07  VISITATION: MO#034882                 100.00
     07/16/07  MID-STATES: Imported From    26.85
               Mid-States Services
     07/23/07  MID-STATES: Imported From    28.60
               Mid-States Services
     07/30/07  MID-STATES: Imported From    27.26
               Mid-States Services
     08/04/07  MAIL: MO#4264090 A.JONES             100.00
     08/06/07  MID-STATES: Imported From    29.94
               Mid-States Services
     08/13/07  MID-STATES: Imported From    11.87
               Mid-States Services
     08/20/07  MID-STATES: Imported From    20.24
               Mid-States Services
     08/26/07  VISITATION: WESTERN                   100.00
               UNION,MO#09-398700940
     08/27/07  MID-STATES: Imported From    25.59
               Mid-States Services
     09/12/07  MID-STATES: Imported From    18.59
               Mid-States Services
     09/17/07  MID-STATES: Imported From    10.55
               Mid-States Services
     09/10/07  MID-STATES: Imported From    11.29
               Mid-States Services
```



# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: Randall W MAYS                    Cell: 307       Date: Jan 17 2007

☐ Grievance        ☐ Classification      ☐ Commitments      ☐ Court Services

☐ Indigent         ☑ Other

Nature of Request: I need to talk to the Sargent about the INcome TAx Return Forms,

Randall W. Mays
Inmate Signature

Action taken on Request: What about it?

Sgt. Sangster
Officer's Signature

1·19·08
Date

218

# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: Randall W. Mays     Cell: 307     Date: Feb

- ☐ Grievance
- ☐ Classification
- ☐ Commitments
- ☐ Court Services
- ☐ Indigent
- ☑ Other

Nature of Request: I need to use the telephone

Randall W. Mays
**Inmate Signature**

Action taken on Request: Your request is denied at this time. We have phones on the 3rd floor.

Sgt. Sangster
**Officer's Signature**

2.8.08
**Date**

# SMITH COUNTY SHERIFF'S DEPARTMENT

## JAIL DIVISION
### INMATE REQUEST FORM

Name: Randall W. Mays     Cell: 307   Date: 6-18-2007

☐ Grievance   ☐ Classification   ☐ Commitments   ☐ Court Services

☐ Indigent   ☑ Other _____

Nature of Request: Doctor, for my stomake and dietary food and Medication

_Inmate Signature_

Action taken on Request: You need to fill out a sick call request

6/12/07

**Officer's Signature**                              **Date**

# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: Randall W. Mays          Cell: 307     Date: Jan 24 2008

☐ Grievance          ☐ Classification          ☐ Commitments          ☐ Court Services

☐ Indigent           ☒ Other

Nature of Request: I would like to have a contact visit with my wife.

_____
Inmate Signature
Randall W. Mays

Action taken on Request: The request for a contact visit is denied at this time.

_____
Officer's Signature
M. Snell          1-26-08

221



# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM



Name: Randall Wayne Mays          Cell: 307   Date: Oct 23 2007

☐ Grievance          ☐ Classification          ☐ Commitments          ☐ Court Services

☐ Indigent          ☑ Other

Nature of Request: I Need finger Nail and toe Nail clippers Please.

_Randell Mays_
**Inmate Signature**

Action taken on Request: ask when haircut trustee comes by.

_D Bricem_
**Officer's Signature**                    11-24-07

                                           Date

222



# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: Randall W Mays                    Cell: 307        Date: NOV 18 2007

☐ Grievance        ☐ Classification      ☐ Commitments      ☐ Court Services
☐ Indigent         ☑ Other

Nature of Request: I would like to go exercise in recreation
Also I would like some reading material.

Randall Mays
**Inmate Signature**

Action taken on Request: ON day SHIFT WE Will
MaKE SURE you go To RECREATION
ON 2 ND SHIFT you NEED To REQUEST
To go To THE LiBRary

Sgt. (Andersen)
**Officer's Signature**                      11/20/07
                                             **Date**    223

# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: RANDALL W MAYS        Cell: 307    Date: 5-28-07

☐ Grievance      ☐ Classification    ☐ Commitments    ☐ Court Services

☐ Indigent       ☑ Other

Nature of Request: Reading glAss For Commessary
Form

1.50   pre scription

Inmate Signature

Action taken on Request: We do not provide reading glasses.

Sgt. G John

Officer's Signature                          5/29/07

                                              Date

224

# SMITH COUNTY SHERIFF'S DEPARTMENT

## JAIL DIVISION

### INMATE REQUEST FORM

Name: Randoll W. Mays     Cell: 307     Date: June 20 2007

- ☐ Grievance    ☐ Classification    ☐ Commitments    ☐ Court Services
- ☐ Indigent    ☑ Other _____

Nature of Request: I need to see the doctor or nurse

_Randell Mays_
Inmate Signature

Action taken on Request: Received - Fill out a sick call

Sgt. Jth _____

6/21/07

Officer's Signature       Date

225

# MED COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: Randall W. Mays        Cell: 307    Date: JUNE 12 2007

☐ Grievance    ☐ Classification    ☐ Commitments    ☐ Court Services

☐ Indigent    ☑ Other

Nature of Request: Commissary order Form and Library
Privliges to books

Randall W. Mays
Inmate Signature

Action taken on Request: Received commissary form 6/13/07

Officer's Signature                    Date

226

# SMITH COUNTY SHERIFF'S DEPARTMENT

## JAIL DIVISION

### INMATE REQUEST FORM



Name: Randell Wayne MAYS          Cell: 307     Date: June 14 2007

☐ Grievance     ☐ Classification     ☑ Commitments     ☑ Court Services

☑ Indigent      ☐ Other

Nature of Request: To attend Henderson County Court Services
on June 20 of 2007 with Counselor Attorney Defense
Mr. Bobby D. Mims Present Chairman of Legal defense of
Attorneys also Criminal Defense Counsel in this case.
agaist Henderson County Court and or matters conserning
Randall Wayne Mays defense hearings. Thank you.
Investigtion Services Stephen R. Newton - Candis C. MAYS
P.O Box 1122 Henderson Tx. 75653 ...   18239 C.R. 2529
                                        Eustace Tx 75124
office: Tel. # 903 - 657 - 1285
cell  Tel. # 903 - 649 - 0209
Fax. #        903 - 655 - 2533


Randall W. Mays
_____
Inmate Signature

Action taken on Request:
        Mr Mays.
        You don't ~~ORIGINAL COPY~~ need
        to attend any hearing regarding
        your cases.
        M Snell                          6·20·07
_____                _____
   Officer's Signature                      Date

227

# SMITH COUNTY SHERIFF'S DEPARTMENT

## JAIL DIVISION

### INMATE REQUEST FORM

Name: Randall W Mays          Cell: 307     Date: Feb 5 2008

☐ Grievance     ☐ Classification     ☐ Commitments     ☐ Court Services

☐ Indigent     ☑ Other     _____

Nature of Request: ① I would like a contact visit with my wife.

② I want to get married on Feb 6 2008

_Randall W Mays_
**Inmate Signature**

Action taken on Request: _____

No Contact
Visit

_Sgt. Moline_
**Officer's Signature**          2/5/08
          **Date**

228

# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: Randall W. Mays

Cell: 307    Date: Jan 24 2008

☐ Grievance     ☐ Classification     ☐ Commitments     ☐ Court Services

☐ Indigent      ☑ Other

Nature of Request: I would like to have a contact visit with my wife.

Randall W. Mays
_____
Inmate Signature

Action taken on Request:

The request for a contact visit is denied at this time.

wm. Snell
_____
Officer's Signature

1-26-08

229

# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: Randall W. Mayes                    Cell: 307        Date: Jan 23 2008

☐ Grievance        ☐ Classification        ☐ Commitments        ☐ Court Services

☐ Indigent         ☑ Other

Nature of Request: I would like a contact visit with my tax
agent. to prepare my tax return Forms.

_Randall W. Mayes_
**Inmate Signature**

Action taken on Request:

Mr Mayes

Your request for a contact
visit is denied

M. Snell                              1-23-08

**Officer's Signature**

230



# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: Randall W. Mays      Cell: 307   Date: Feb 1 2008



- ☐ Grievance      ☐ Classification      ☐ Commitments   ☐ Court Services
- ☐ Indigent      ☑ Other

Nature of Request: ① I need to use the telephone between the hours of 1 pm and 4 pm for tax purposes

② I also need to use the Finger nail cutters to trim my Finger nails and Toe nails

Randall W Mays
**Inmate Signature**

Action taken on Request: Your request is denied at this time.

Sgt Sangster
**Officer's Signature**

2.2.08
**Date**

231

# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: Randall W. Mays

Cell: 307    Date: Jan 20 2008

☐ Grievance    ☐ Classification    ☐ Commitments    ☐ Court Services

☐ Indigent    ☑ Other

Nature of Request: I need to go to the library to get tax. Information for my Tax return Forms.

Randall W Mays
Inmate Signature

Action taken on Request: 2-2-08        0000

J Baues
Officer's Signature

1-28-08
Date

232

# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: Randall W Mays          Cell: 307    Date: Feb 4 2008

☐ Grievance   ☐ Classification   ☐ Commitments   ☐ Court Services
☐ Indigent    ☑ Other           _____

Nature of Request: I would like a contact visit with my wife.

② I also need to use the telephone for our (10.40 Tax Form) information. during business hour's

③ Can I use your finger nail clippers for my toe nails also. Need clipped

_Randell W. Mays_
**Inmate Signature**

Action taken on Request: Your request is denied at this time on request 1 and 2. We will get you a pair of toe nail clippers.

_Sgt. Sangster_
**Officer's Signature**

2.4.08
**Date**

233

# SMITH COUNTY SHERIFF'S DEPARTMENT

## JAIL DIVISION

### INMATE REQUEST FORM

Name: Randall W Mays          Cell: 307     Date: Feb 4 2008

☐ Grievance      ☐ Classification      ☐ Commitments      ☐ Court Services

☐ Indigent      ☑ Other      _____

Nature of Request: I need to use the telephone for Tax. purposes between 9 Am and 4 pm.

Randall W. Mays
**Inmate Signature**

Action taken on Request: Your request is denied at this time.

Sgt. Sangster
**Officer's Signature**

2.4.08
**Date**




# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: Randall W. Mage

Cell: 307    Date: Feb 3 2007

☐ Grievance    ☐ Classification    ☐ Commitments    ☐ Court Services

☐ Indigent    ☑ Other

Nature of Request: I Need to make a phone call during Business hours For tax purposes (10.40, 5462, Sced. SE) Forms Need more information. to completer

② Also I would Like a contact visit with my wife

_Randall W Mage_
Inmate Signature

Action taken on Request: Your request is denied at this time.

_Sgt. Dangster_
Officer's Signature

24.08
Date

285

# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: Randall W. MAYS          Cell: 307    Date: 5-31-2007

☐ Grievance      ☐ Classification      ☐ Commitments      ☐ Court Services

☐ Indigent      ☑ Other

Nature of Request: I wont to see my Autorny about Commissary

_Randall W Mays_
Inmate Signature

Action taken on Request: WRITE A LETTER

_Sgt Strings_
Officer's Signature                    06/04/07
                                       Date

# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISON
### INMATE VISITATION REQUEST



_Randall Wayne Mays_                                      307
INMATE'S NAME *(PRINT)*                                   CELLBLOCK

_Aug 3 1959_

Request the below listed person's be permitted to visit me on the scheduled visitation period.
*(ALL ENTRIES MUST BE PRINTED EXCEPT FOR INMATE SIGNATURE)*

| VISITOR'S NAME | RELATION | ADDRESS (INCLUDING CITY, STATE, & ZIP) | DATE OF BIRTH |
|---|---|---|---|
| Candis Mays | wife | 18233 Eustace Tx 75124 | 6-2-58 |
| Sherrie Ross | sister | 10493 Eustace Tx 75124 | Aug 12 57 |
| Linda Ross | sister | 10493 Eustace Tx 75124 | Oct 11 60 |
| Dr. Allen M. Rowe | boss | Double Bridge Rd Eustace #11135 75124 | Aug 10-35 |

---

**I UNDERSTAND THAT I SHALL BE ALLOWED TO REACCOMPLISH THIS REQUEST NO MORE THAN ONCE IN EACH 30 DAY PERIOD. REQUEST INVALID IF NOT SIGNED AND DATED BY INMATE.**

_Randall W Mays_                                      _June 5 2007_
INMATE'S SIGNATURE                                   DATE

Inmates may have up to four(4) approved visitors. However, no more than two(2) visitors may visit an inmate on any visitation day. Total visitation time will not exceed 30 minutes per day. If all information is not entered on this form or if a visitor is not listed, the visit will not be allowed. If any law or Jail Policy is violated during visitation, by inmate or visitor, the visit will be terminated at once and visitation privileges may be revoked.

---

## (FOR RECEPTION DESK USE ONLY)

Entered on Computer:

_Sgt. Brown_                                          _6/6/07_
OFFICER'S NAME                                       DATE

# SMITH COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE REQUEST FORM

Name: Randall W. MAYS          Cell: 307    Date: JUNE 16 2007

☐ Grievance   ☐ Classification   ☐ Commitments   ☑ Court Services

☐ Indigent   ☑ Other

Nature of Request: Commissary and Attorney Priv. with Judge Jack Sheen - JUNE-20-2007 Henderson County

_Randall W. Mays_
Inmate Signature

Action taken on Request: What are you requesting?

_____
Officer's Signature                    6/18/07

                                        Date

238

**Joan Mayfield, Ph.D.**
**Neuropsychologist**
9735 Windham Drive
Dallas, TX 75243
(214) 820-9808
Fax (214) 820-9878

## NEUROPSYCHOLOGICAL EVALUATION

Name:                               Randall Mays
Age:                                50 years 2 months
Date of Birth:                      August 3, 1959
Date of Evaluation:                 October 9, 2009
Date of Report

### REASON FOR REFERRAL

Mr. Mays was referred for a neuropsychological evaluation by his attorney, Jeff L. Haas, to assess for organic brain dysfunction or cognitive impairment as a result of his past drug history. Testing was conducted in a conference room in the visitation area at the Polunsky Unit, Livingston, Texas. Mr. Mays was provided a written consent form, which was explained to him by the examiner, along with a review of his rights and the use and limitations of confidentiality of the examination results. He subsequently agreed to participate in the evaluation.

### RECORDS REVIEWED

Terrell State Hospital
Cedar Creek Medical
East Texas Medical Center, Tyler
East Texas Medical Center, Athens
Ruben L. Garcia, MD
Urology Center of East Texas
Social Security
National Personnel Records
Trial Testimony
   Vol. 25, 26, 29, 30

### BRIEF HISTORY

Mr. Mays was hesitant to provide personal history and became tearful when asked questions about his life. Therefore, this history has been gleaned from the records provided. Records indicated that his birth was normal and he developed normally. He was described as quiet and average in school; he had friends. He has a ninth grade education. Mr. Mays did report that he was "kicked out" of school in the tenth grade. School records were not provided; however, Mr. Mays reported that he received special education support services in reading and writing. According to records, Mr. Mays' step mother noted that she knew of no mental illness or drug or alcohol abuse in other family members. Mr. Mays does have a brother, Noble, who was hospitalized at Rusk for a 90 day observation period after committing murder. Noble has been incarcerated for Capital Murder. Mr. Mays' parents are divorced. Both parents have remarried. Records indicate that Mr. Mays has one sister, four brothers, and one step-brother.



DEFENDANT'S EXHIBIT
2

239

Mr. Mays has an extensive history of drug abuse. His family reported that Mr. Mays used a variety of drugs including crystal meth, amphetamines, and heroin since 1976. He used drugs daily and was a drug dealer for 3 years. He was admitted to Terrell State Hospital on July 19, 1983 for a 10 day admission. At that time, he was on probation for possession of drugs. Prior to the admission, he had become incoherent, was hallucinating, and not communicating. He was delusional. He had a diagnosis of Hallucinations.

Mr. Mays' second admission at Terrell State Hospital was from June 6 – June 10, 1985.  He was brought to the hospital by law enforcement agents because he was "spaced out on crystal." After his initial discharge, he had returned to the abuse of alcohol and a variety of illicit drugs. He had reportedly injected himself with amphetamines and crystal meth. Emotionally, he "seemed depressed at times, and underlying anger was detected." There are indications of auditory and visual hallucinations and impaired memory for both recent and remote events. His admitting diagnosis was Amphetamine or Similarly Acting Sympathomimetic Abuse, Episodic. Terrell State Hospital records indicated that Mr. Mays received treatment for drug abuse one month prior to this admission at the VA Hospital.  There are no records to indicate when he stopped taking drugs.

There is no record of illnesses, injuries, or other hospitalizations with the exception of the gunshot wound to his left elbow which occurred during his arrest for the current offense. He was hospitalized at East Texas Medical Center, Tyler from May 17 to May 25, 2007. He was discharged against medical advice and in police custody as he refused further care.

Vocationally, Mr. Mays has been employed in a variety of occupations including carpentry, welding, road construction, concrete, and mechanics.

**TECHNIQUES**
Review of Records
Interview
Test of Memory Malingering (TOMM)
Reynolds Intellectual Assessment Scales (RIAS)
Woodcock Johnson Tests of Achievement – Third Edition (WJ-III)
Delis-Kaplan Executive Function System (D-KEFS)—selected subtests
Wisconsin Card Sorting Test: Computer Version 4
Comprehensive Trail Making Test (CTMT)
Speech Sounds Perception
Seashore Rhythm Test
Test of Memory and Learning-Second Edition (TOMAL-2)
Comprehensive Receptive and Expressive Vocabulary Test (CREVT-2)
Developmental Test of Visual Perception-Adolescent and Adult (DTVP-A)
Grooved Pegboard
Hand Dynamometer
Finger Tapping Test

**BEHAVIORAL OBSERVATIONS**
Mr. Mays was well groomed and dressed in a prison jumpsuit. He was informed of the reasons for testing and the lack of doctor-patient confidentiality. He was informed of his right to participate or not to participate in the evaluation. He voiced understanding and agreed to participate in the evaluation. He was oriented to self, month, year, and location. He thought the day was Wednesday (it was Friday). He was hesitant to answer any personal questions or engage in conversation. On a couple of occasions, he became tearful. He did not cry.  Conversation and eye contact were limited. He had numerous somatic

240

complaints including pain in his mouth because of a sore, some pain in his ear, arm/ elbow pain, shoulder pain, stomachache, and back pain. He said that it was difficult for him to sit in the chair. He made a make-shift sling for his left arm by putting his left arm in his jumpsuit. He was provided with breaks as needed. He was given food, but was hesitant to eat it. His attention was brief. There were times when he voiced understanding of directions, but then half-way through the task, he would ask for directions to be repeated. He had glasses which he repeatedly put on and took off. He stated that his glasses were new, and he had some difficulty adjusting to them. He was slow to initiate tasks. He was hesitant to participate in a task which required a computer, stating that previously he had a bad experience with a computer. With prompting, he completed the task. His performance was variable based on attention and distractibility. The TOMM was administered. He scored a 50 on Trial 2 and a 49 on the Retention trial indicating appropriate levels of effort. Motor tasks were not completed with his left hand because of the limited range of motion with his left arm. The scores obtained in this examination are felt to be an accurate reflection of his abilities on the day of the evaluation.

## RESULTS AND INTERPRETATION
### Intellectual Functioning
Mr. Mays' cognitive functioning was assessed using the RIAS. His overall functioning was in the significantly impaired range with a Composite Intelligence Index score of 63. He earned a Verbal Intelligence Index of 68 and a Nonverbal Intelligence Index of 67.

### Academic Functioning
Mr. Mays' academic abilities in the areas of reading and math were assessed using the Woodcock-Johnson – III Test of Achievement. His ability to read a list of words was average. He performed in the average range when required to insert a missing word based on contextual cues. Math calculation abilities were low average. He was able to complete basic operations (addition, subtraction, multiplication, one-digit division), add and subtract fractions, and add negative integers. He made 4 errors as he performed the wrong operation (ex, adding instead of multiplying). Math reasoning abilities remained low average.

### Attention/Executive Functioning
Executive functions are a set of cognitive processes which guide goal-directed behaviors. They do not refer to an individual's knowledge or skills but to the mental processes that direct whether and how these are applied to accomplish a goal.  They include control of attention, inhibition of impulses, shifting set, working memory, planning, organization, self-monitoring, and emotional regulation.

Mr. Mays' attention and concentration abilities were assessed using the TOMAL-2 and the CPT-II. Overall, his Attention/ Concentration Index on the TOMAL-2 was in the below average range, with a Standard Score of 73. His ability to repeat numbers and letters in a forward sequence was average. He performed in the below average range when repeating a series of numbers and letters in a reverse sequence. His ability to mimic hand position of increasing complexity was significantly impaired. His ability on the CPT-II, a sustained visual attention task, indicated significant attention difficulties. His performance was generally erratic and indicative of poor attention. He tended to have an impulsive response style, and his performance declined as the test progressed.

On a visual scanning task, connecting numbers in a sequence, Mr. Mays' abilities were average. His abilities remained average when simple distractors were added. As more complex distractors were added, his performance was mildly to moderately impaired. On a task of cognitive flexibility, connecting numbers and number words in a sequence (without distracters), his ability was below average. His performance was significantly impaired on a more demanding task of cognitive flexibility, connecting

numbers and letters in an alternating sequence (with distractors). As his environment becomes more complex, he experiences increasing difficulty in tracking and responding appropriately.

In order to examine cognitive flexibility, problem-solving, and inhibition, further selected subtests from the D-KEFS were administered. His verbal ability to switch between two semantic categories was in the significantly impaired range. On another activity, Mr. Mays was asked to identify colors and read words as quickly as possible. He did so with a below average and significantly impaired ability, respectively. When asked to inhibit an automatic response in favor of a competing one, Mr. Mays performed in the below average range. On a more complex task requiring him to switch between two sets of instructions, he scored in the significantly impaired range. On a visual problem solving task, requiring strategies to arrange the disks in a specific sequence, his abilities were in the average range. It should be noted that although his functioning was in the average range, he demonstrated a random approach and was able to complete the task within the designated timeframe by trial and error. He continued to exhibit this random approach on a problem solving tasks requiring step-by-step reasoning and logical analysis. On the WCST-IV, he was able to generate one of the six strategies. He required 106 trials to complete the first category. He lost set once.

**Perceptual Reasoning**
In terms of nonverbal reasoning, Mr. Mays' abilities were in the significantly impaired range on the RIAS. When required to discriminate objects that did not belong, his performance was below average. His attention to detail was significantly impaired.

**Memory**
Mr. Mays' memory abilities were assessed using the TOMAL-2. His overall verbal memory abilities were significantly impaired. When information was presented verbally in a context (short stories), his immediate and delayed recall was in the below average range. When information was presented verbally over repeated trials (a list of words), his immediate recall was in the below average range. After a 30-minute delay, he was able to recall only seven of the twelve words, resulting in an average ability. With visual cues, he was able to select eleven of the twelve words. Mr. Mays performed in the significantly impaired range on memory tasks with verbal associations and when information was presented verbally and visually simultaneously.

Overall, Mr. Mays' visual memory abilities were significantly impaired. Mr. Mays' ability to recall information presented in a context (faces) was below average. His visual memory ability to select prior presented abstract designs from a series of distractors was significantly impaired. He demonstrated significantly impaired abilities when recalling information presented in a sequence. His ability to recall the location of a visual design was below average.

**Language**
Mr. Mays' verbal abilities were significantly impaired on the RIAS. His deductive verbal reasoning skills were low average, while his inductive verbal abilities were significantly impaired. His expressive language ability to define words was low average. Mr. Mays' verbal fluency, or ability to quickly generate a list of word when given a specific letter or category, was below average. His receptive language abilities were below average.

**Motor and Visual Perceptual Functioning**
Mr. Mays is left hand dominant; however, he has limited range of motion with his left arm. He currently uses his right hand when writing. He was unable to complete any of the motor testing with his left hand.

242

Tapping and grip strength were above average. Manual dexterity was average. Mr. Mays performed in the low average range on a direct measure of visual perception that required limited motor skills. His visualization and mental image skills were average. Mr. Mays' ability to see specific figures when they were hidden within complex, confusing backgrounds was average. His ability to recognize a stimulus figure when it was incompletely drawn was in the low average range.

Overall, Mr. Mays' performance was in the low average range on tasks requiring visual motor integration skills. His ability to copy designs was average. His performance was low average when required to rapidly make certain marks and specific designs.

## CONCLUSIONS

Overall, Mr. May's performance throughout the evaluation was quite variable. He demonstrated strengths in hands-on problem solving and academics (although relative to the population of individuals at this age level, his scores were consistently below the population mean). As the complexity of tasks increased, his performance declined relative to his performance on simpler tasks as well as relative to the population of age-mates. Attention was problematic all day. He would voice understanding of a task, then after beginning the task would ask for further explanation. Memory abilities were impaired; however, delayed recall was superior to immediate recall. He demonstrated a constellation of cognitive and behavioral symptoms consistent with the presence of a Major Depressive Disorder.

Records of birth and development were reported to be within normal limits. There is no record of diagnosed learning problems from family; however, Mr. Mays stated that he received special education support in reading and math. Mr. Mays' history of drug and alcohol abuse is significant and has resulted in cognitive impairment. His cognitive profile is consistent with a variety of neuropsychological impairments often associated with chronic amphetamine abuse including memory and attention deficits, decreased reasoning skills, and impaired impulse control, as well as impairments in other executive functions. His ability to understand and function rationally in a complex, rapidly changing environment is highly suspect and certainly below that of the average

person. His judgment is impaired, along with his ability to engage in most aspects of reasoning and problem-solving leading to substantial impairments in his decision-making skills. More crystallized skills, such as simple reading and math tasks, are far less impaired, which is common in cases of drug-related dementias. He responds more appropriately to concrete, tangible concepts than to abstract ideas or issues. Additionally, his history is suggestive of the presence of Bipolar Disorder; however, there is insufficient information at this time about his behavioral history prior to his drug abuse and familial background to draw a firm conclusion regarding such a diagnosis.

Axis I- Dementia NOS secondary to chronic amphetamine and related sympathomimetic abuse
      Depressive Disorder, NOS
      Rule out Bipolar Disorder
Axis II- Deferred
Axis III-Status physical impairment to left arm secondary to gunshot wound
Axis IV-Incarceration, pending execution, separation from family and friends
Axis V-55

Joan W. Mayfield, Ph.D.
Licensed Psychologist

243

## SUMMARY OF TEST RESULTS

**TOMM**

| | |
|---|---|
| Trial 1 | 38 correct |
| Trial 2 | 50 correct |
| Retention | 49 correct |

**INTELLIGENCE**
**Reynolds Intellectual Assessment Scales (RIAS)**

| | Standard Scores | T-Score |
|---|---|---|
| Verbal Intelligence Index | 68 | |
| Guess What | | 40 |
| Verbal Reasoning | | 17 |
| Nonverbal Intelligence Index | 67 | |
| Odd-Item Out | | 29 |
| What's Missing | | 30 |
| Composite Intelligence Index | 63 | |

**ACHIEVEMENT**
**Woodcock-Johnson- Test of Achievement-Third Edition (WJ-III)**

| | Standard Scores | Percentiles |
|---|---|---|
| Letter-Word Identification | 96 | 39 |
| Passage Comprehension | 95 | 38 |
| Calculations | 87 | 18 |
| Applied Problems | 89 | 24 |

**ATTENTION/ EXECUTIVE FUNCTIONING**
**Comprehensive Trail-Making Test (CTMT)**

| | T-Score | Percentile |
|---|---|---|
| Trail 1 | 49 | 46 |
| Trail 2 | 44 | 27 |
| Trail 3 | 31 | 3 |
| Trail 4 | 41 | 18 |
| Trail 5 | 18 | < 1 |

| | Standard Score | Percentile |
|---|---|---|
| CTMT Composite Index | 78 | 6 |

**Delis-Kaplan Executive Function System (D-KEFS)**

|  | Scaled Score |
|---|---|
| Verbal Fluency | |
|     Letter Fluency | 5 |
|     Category | 5 |
|     Category Switching Responses | 2 |
|     Category Switching Accuracy | 3 |
| Color-Word Interference Test | |
|     Color Naming | 4 |
|     Word Reading | 1 |
|     Inhibition | 4 |
|     Inhibition/ Switching | 1 |
| Tower | 9 |

**Wisconsin Card Sorting Test: Computer Version 4**

| WCST scores | Raw Score |
|---|---|
| Perseverative Response | 21 - WNL |
| Categories Completed | 1 - Below Average |
| Trials to complete 1st category | 106 - Below Average |
| Failure to Maintain Set | 1 - WNL |

**Conners' Continuous Performance Test-Second Edition (CPT-II)**

Results also indicated that Mr. Mays' performance better resembled one with attention difficulties. The chances are 86 out of 100 that a significant attention problem exists.

**MEMORY**
**Test of Memory and Learning—Second Edition (TOMAL-2)**

| Indexes | Standard Score | Percentile Rank |
|---|---|---|
| Verbal Memory Index | 53 | < 1 |
| Nonverbal Memory Index | 57 | < 1 |
| Composite Memory Index | 48 | < 1 |
| Delayed Recall Index | 76 | 5 |

**LANGUAGE**
**Comprehensive Receptive and Expressive Vocabulary Test**

| | Standard Score | Percentile Rank |
|---|---|---|
| Receptive Language | 86 | 18 |

245

| | | |
|---|---|---|
| Expressive Language | 79 | 8 |
| General Vocabulary | 79 | 8 |

| HRB | GNDS |
|---|---|
| Speech Sounds Perception | 2 – Mild to Moderate Impairment |
| Seashore Rhythm Test | 1 – Normal Limits |

## MOTOR AND VISUAL PERCEPTUAL

### Grooved Pegboard

| | T- Score |
|---|---|
| Dominant Hand | Unable to assess |
| Non-Dominant Hand | 47 |

### Grip Strength

| | T- Score |
|---|---|
| Dominant Hand | Unable to assess |
| Non-Dominant Hand | 59 |

### Tapping

| | T- Score |
|---|---|
| Dominant Hand | Unable to assess |
| Non-Dominant Hand | 61 |

### Developmental Test of Visual Perception-Adolescent and Adult

| | Standard Score | Percentile Rank |
|---|---|---|
| General Visual Perception | 85 | 16 |
| Motor Reduced Visual Perception | 89 | 23 |
| Visual-Motor Integration | 83 | 13 |

246

Diplomate, American Board of Professional Neuropsychology
Diplomate, American Board of Pediatric Neuropsychology

```
 1                          CAUSE NO. 15,717A
                        TRIAL COURT CAUSE NO. 15-717
 2                      APPELLATE CAUSE NO. AP-75,924

 3      EX PARTE                  ) (    IN THE DISTRICT COURT
                                  ) (
 4      RANDALL WAYNE MAYS        ) (    HENDERSON COUNTY, TEXAS
                                  ) (
 5                                ) (    392ND JUDICIAL DISTRICT
                                             SITTING FOR THE
 6                                        173RD JUDICIAL DISTRICT

 7          I, Melanie Oldham, Official Court Reporter in and
        for the 392nd District Court of Henderson County, Texas,
 8      do hereby certify that the following exhibits constitute
        true and complete duplicates of the original exhibits,
 9      excluding physical evidence, admitted into evidence
        during the hearing in the above-entitled and numbered
10      cause as set out herein before the Honorable Carter W.
        Tarrance, Judge of the 392nd District Court of Henderson
11      County, Texas, beginning September 28, 2010.
            I further certify that the total cost for the
12      preparation of this Reporter's Record is $  628.00
        and will be paid by Henderson County.
13          WITNESS MY OFFICIAL HAND on this, the 19th day of
        October, 2010.

14

15                         _____
16                         MELANIE OLDHAM, Texas CSR 3618
                           Expiration Date:  12-31-11
17                         Official Court Reporter
                           392nd Judicial District Court
18                         Henderson County, Texas

19                         Henderson County Judicial Complex
                           109 W. Corsicana Street, Suite 101
20                         Athens, Texas  75751
                           (903) 675-6111
21                         (903) 677-7280 fax
                           moldham@co.henderson.tx.us
22

23

24

25
```